

# MIDTOWN COUNSELING

1845 Green Acres Road, Fayetteville, AR 72703

## PSYCHOSEXUAL EVALUATION AND RISK ASSESSMENT

NAME: Shilo Joe Watts
D.O.B: 3/30/75
AGE: 40
SEX: Male
RACE: Caucasian
DATE OF ASSESSMENT: 3/25/16

INFORMANTS: A 3.5 hour, face-to-face interview was conducted with Shilo Watts on 3/25/15. Records available for review included investigation reports from the Department of Homeland Security, Atascosa County Texas District Court Indictment record, Cibolo Police Department Supplement, and personal communication letters from Shilo Watts to his mother and brother.

REASON FOR REFERRAL: Shilo was referred for evaluation by the Federal Defender's Office due to charges of Human Trafficking for the purpose of committing sexual acts on minors.

ASSESSMENT INSTRUMENTS: Static 99R and The Violence Risk Appraisal Guide-Revised (VRAG-R)

TREATMENT HISTORY: Shilo reported that he is currently taking Trazodone 100mg since January 2016 for PTSD. He stated that he had been in a trial of Celexa 50mg for depression in January 2016, but had nausea that made continuing the medication difficult. He reported that only other time he had psychiatric treatment was in 2013 to 2014 when he was prescribed Elavil 50mg. Shilo reported no history of having mental health counseling.

FAMILY AND PERSONAL HISTORY: Shilo was born in San Bernadino, California to Ricky Joe Watts (Deceased) and Peggy Strickland (60). The parents were not married, but stayed together to raise him until he was 6 years old. He has two siblings, Clint Watts (38) and Zachary Watts (31). Shilo reported that his father was physically abusive to his mother. He reported that the father and mother had frequent intensive verbal altercations. Shilo stated that his father would slap he and his brothers and make threats to leave the family on the side of the road. The father was reportedly a member of a biker gang and involved in illegal drug dealing. When Shilo was six years old, his mother found her biological father for the first time and decided to move his ranch in Texas. Several other members of the paternal grandfather's family lived on the ranch property as well. Shilo's father eventually came out the ranch, but was asked to leave shortly after due to his abusive behaviors. Shilo reported that the next times he saw his father was at age 19 when he was in the Navy and at his funeral in 2010.

Shilo's mother married Richard Fuller in 1983. They have one child together; Caleb Fuller (30). Richard was reported to be "alright at first," but later became verbally abusive to Shilo, and his siblings and mother. He reported being blamed by Richard for one of his brother's stutter, as Shilo had a stutter as well. He stated that Richard had slapped him at times when the brother



DEFENDANT'S EXHIBIT A



1845 Green Acres Road, Fayetteville, AR 72703

would stutter. Richard had two other children from another relationship, Matthew (deceased) and Justin Fuller (45). The two stepbrothers lived with Shilo and his family for about a year when their mother was struggling with "issues." Richard was employed as a welder, which resulted in the family moving to various states for several years before his mother and Richard divorced. He reported living in Utah, Wyoming, Mississippi, Tennessee, and Texas from age 6 to 15. Shilo's mother was reported to always have multiple jobs during his childhood and adolescence. She is currently disabled. Shilo reported that he always had a good relationship with his mother and "no bad memories." He reported that he had "little memory" of his father, but recalled being scared of him and disliking how he treated his mother. Shilo stated that while has anger towards his stepfather Richard, he was "glad it happened," as he taught him how to "shoot," "survive in the woods," and, "hunt." He reported that Richard was a very strict authoritarian parental figure, but trusted him to have a gun at age 10 and he enjoyed the responsibility. Shilo reported that he had good relationships with his full siblings and was less close to his half brother. Shilo stated that he had engaged in sexual experimentation with both of his full siblings as adolescents.

He described his maternal grandfather as non-affectionate and a "workaholic." He stated that there were several aunts living on the land in Texas, but he never developed any close relationships to the extended family. Shilo reported growing up living in poor living conditions. He stated that they had a trailer on the land in Texas and always shared a room until he was in high school. Shilo stated that is mother made a promise to him to finish high school in one place since he had been moved around so much in his younger years. However, the family moved from the ranch property during his senior year of high school. Shilo decided to stay on the property, which was being confiscated due to legal issues the grandfather was involved in. Shilo stated that he stayed on the land and had a job at a country store during his last year of high school. He would also stay with friends during this last year to ensure he was able to keep attendance at his same school.

Shilo described himself as more introverted and socially reserved. He stated that he would be sociable if he knows someone well. He reported that he endured bullying and teasing by peers in elementary and middle school due to his stutter, and didn't have friends until high school. Shilo stated that he would often take refuge in the wilderness since he there was no one to talk to out there and he would not have to worry about his stutter. He denied any major depressive episodes during childhood or adolescence. Shilo reported a few "half hearted" attempts at suicide as an adult. He reported that in 2013 while in jail he put a trash bag over his head to restrict his breathing but was found. He also reported an attempt to hang himself while in a Muslim prison. Letters he wrote referenced incidents of putting a gun to his head and contemplating suicide as well. Shilo reported that while he fought a lot in his teenage years, it was mostly related to defending himself. He reported that he played with fire once at age 5 and caught a rug on fire, but otherwise had no serious incidents of fire play or fire setting. He stated that he had never run away from home before. Shilo reported stealing candy from a store at age 10 or 11 and stealing clothes and shoes in high school due to having limited means.



1845 Green Acres Road, Fayetteville, AR 72703

DEVELOPMENTAL HISTORY: Shilo reported that he was born full term and delivered vaginally. He stated that during childbirth he was tangled up with the umbilical cord and forceps were used to aid in delivery. He reported that he believed that his mother was free of alcohol or tobacco products during the pregnancy. Shilo reported no significant illnesses or surgeries as a child. He reported walking and toilet training occurring within normal limits. Shilo reported that he had a stutter as a child and receive speech therapy to correct this. He reported that his mother viewed him as a quiet child who rarely cried.

EDUCATIONAL HISTORY: Shilo graduated from Southwest High School in San Antonio. He stated that he was an average student and his mother's expectation was that the kids not fail any classes and average grades were acceptable. Shilo stated that he had no special education courses throughout his education. He received speech therapy for speech articulation difficulties in middle school. He reported that in elementary school that had got into fights several times, but reported no significant incidents. He stated that he had other fights in later grades, but was never caught or disciplined. Shilo stated that some of his fights were due to peers making fun of him because of his stutter. He referred to himself as a, "loner," until he reached the 9th grade due to his stutter. He reported that during high school he became highly involved in R.O.T.C. and was seen as a leader in this group. He stated that his high school was large with 5000 students, and issues of drugs and gangs were prevalent. Shilo stated that "I hated gangs," due to his father's involvement in biker gangs and formed an informal group called the "AGF," or Anti Gang Force. Shilo stated that he would do things to disrupt gang and drug dealing including fighting with gangs off of school grounds. He reported that he and his peers broke into a drug dealer's house and stole their weapons and drugs once. Shilo stated that he was retaliated against by means of a drive by shooting of his home once. He reported that he was suspended from school for bringing a knife to school for protection due to the conflict he had with gang members.

EMPLOYMENT HISTORY: Shilo reported that his first job was during high school when he worked at a country store on a part time basis. He reported that he joined the Navy in 1994 after graduating high school. He attended Yeoman Alpha School in Meridian, Mississippi for three months and then went to Coronado, California for "BUD/S" training for Navy Seals, but was injured during training and could not proceed. Next, he was stationed in Japan from 1995-1997. Shilo reported being honorably discharged from the Navy following completion of his 3 years of service. He stated that he left the Navy after he was unable to fulfill his dream of being a Navy Seal.

Shilo moved to Pleasanton, Texas after leaving the service. He reported taking employment as a corrections officer for a private corrections company and worked there from May 1997 to March 1998. Shilo then took employment with Bexar County Sheriff's office as a Deputy Jailer in March 1998 and held this job until June 2000. His next job was at a wilderness boot camp for violent juveniles. This job was only shortly held as he reported violating a procedure about breaking up a fight between two youth. Shilo stated that he next bought land and a trailer in Pleasanton, TX using money from his 401K. He then began working for a private Security



**MIDTOWN COUNSELING**

1845 Green Acres Road, Fayetteville, AR 72703

Company called Asset Protection Team (APT) from 2000 to 2004. He reported that the jobs he was assigned to range from a few hours to several months at a time. His work with APT took him overseas to Bosnia from 2002 to 2003. He reported that he acclimated well to the area and that the local military intelligence asked for his assistance from time to time. Shilo moved back to Texas after his work in Bosnia. He reported having a contact that had worked for the Marshall Islands Police and decided to apply for a job there. Shilo was employed from 2004 to 2008 as an Access Control Officer/Control Sergeant for a private company that guarded a military base on the island. He reported being faced termination from the job after having ammunition come up missing that he was responsible. Shilo reported that he worked next in Kuwait and Iraq for a private security company for just under a year before taking employment with another security company from 2009 to 2013 in Afghanistan, before he was arrested in Oman.

LEGAL HISTORY: Records indicate that Shilo was charged with Assault, a Class A Misdemeanor in June 2000 in Kerr County Texas and these charges were dismissed. In May 2013 he was charged with Felon Fugitive from Justice and Aggravated Assault on a Child in Loundoun County, Virginia, which was extradited to Texas. Shilo was found guilty of Aggravated Assault on a Child on 8/9/13 and sentenced to 35 years in prison on 1/23/14. Shilo reported that he was also convicted for two additional sexual offenses and sentenced to 20 years and 45 years.

SUBSTANCE ABUSE HISTORY: Shilo stated that he smoked a few cigarettes at age 14 and sipped vodka a few times at age 13, but otherwise avoided illegal substances until adulthood. He reported that he had smoked marijuana twice in Bosnia as an adult and tried methamphetamine once while on leave from the Navy in his early 20's. Shilo reported a period of heavy alcohol use at age 19 when he was in the military.

TRAUMA HISTORY: Shilo reported being sexually abused by an aunt at age four or five. A few years later he reported being molested by a male nurse at school on one occasion. A more detailed version of these events is found his in Sexual History of this report. Subsequently, he began sexually reactive behaviors in childhood including excessive masturbation and sexualized behaviors with his siblings. Shilo also reported the onset of PTSD symptoms in 2001 when he was working in Bosnia. He stated that he had been exposed to gunfire, explosions, and screams of pain during this time. Shilo reported that he is hypersensitive to loud noises and large crowds. He reported symptoms such as hypervigilance, adrenaline spikes despite no real danger, rapid heartbeat, sweating excessively, and nightmares of being shot or stabbed as well as nuclear holocaust.

SEXUAL HISTORY: Shilo reported that his earliest memory of sexual behaviors was being molested by a paternal aunt around age four or five. He reported that he aunt was an adult at the time she had molested him. Shilo stated that she would babysit him every few weeks during which time she reportedly French kissed him, fondled his penis, performed oral sex on him and would have him fondle her breasts. Shilo stated that she would position him to lay or stand in



## MIDTOWN COUNSELING

1845 Green Acres Road, Fayetteville, AR 72703

particular positions during the molestation. He reported not feeling threatened or scared by the sexual contact and that it felt good. He reported that the abuse stopped after he and his family moved away to Texas. He never told anyone about the abuse as a child. Shilo reported a second incident of being molested in the 2nd grade by a male nurse at school. He reported that he went the nurse, "put me in a corner and fondled me." He stated that he remembers smiling and it feeling good, but later felt embarrassed and scared. He reported that this molestation occurred once. Shilo stated that he began to masturbate regularly after these incidents and would do so at both home and school. He stated that he would have "dry" orgasms at his early age and do this multiple times a day.

Shilo stated that at age 8 or 9 he recalled engaging in mutual fondling and performed oral sex on two same aged boys who were the children of someone who was babysitting him at the time. Shilo stated that he began to masturbate more openly and frequently in later childhood. He reported that his mother, aunt and stepdad had noticed him masturbating under blankets in the living room while watching TV and he stated that he would frequently have his hand down his pants and be redirected for this by family. Shilo stated that he would masturbate when he went out to the woods or while riding in a car, and was quite compulsive with this behavior. Shilo stated that around ages 10-15 years old he and his brothers began engaging in mutual sexual experimentation. He stated that the sexual contact consisted of mutual fondling of their penis' as well as oral sex. Shilo reported that the most prominent period of sexual contact with his siblings was around ages 12 and 13 when they lived in Utah.

Shilo denied any sexual contact with animals, voyeurism, exhibitionism, forcible sexual acts, telephone scatalogia, or fetish burglary of undergarments in his lifetime. He stated that around age 12 or 13 he knew that hew as not heterosexual and had homosexual tendencies "as early as I could remember." He reported that his stepdad would make disparaging remarks about, "Faggots," which bothered him, but he could not express this at the time. He stated that he remembered having a crush on a male friend who had come to his birthday party and recalled putting his hand on his hand during a sleepover. Shilo stated that he had his first date at age 13 and took a girl to the movies. He reported having no sexual interest in the girl and didn't have any dating relationships throughout his teenage years. Shilo stated that he first saw pornography at age 12 or 13. He reported seeing a magazine that belonged to his stepfather that was hidden under the sink in the bathroom. He recalled using the magazine to masturbate with, and focusing on the males in the scenes for fantasy and arousal. Around age 14 he reported finding some black and white pictures of a family doing various activities while nude. He reported that he would masturbate to the images of the father and son in the pictures. Shilo he would see pornography via his peers on occasion, but it was not a common occurrence for him.

Shilo reported losing his virginity in his senior year of high school to a girl he knew from school and was friends with. They never had an ongoing relationship and he stated that he simply went through the motions of sex with her. Shilo stated that he had "crushes" on several male peers throughout high school, but was too scared to do anything romantically. He stated towards the



1845 Green Acres Road, Fayetteville, AR 72703

end of high school he had his first realization of his attraction to boys who were several years younger than him. He stated that he would be nice to them and help them but had not acted on any sexual urges at this time.

Shilo reported that after joining the military and being stationed in Japan he started to volunteer for youth sports and cub scouts and was well liked by parents of the kids in these groups. Shilo stated that he knew he had attraction to kids but did not act on the urges. He stated that he felt like a, "Social oddball," amongst his peers and was socially introverted and had self esteem deficits. During his involvement with youth sports, he met the mother of one of the kids on a basketball team he coached. Shilo stated that he was 20 years old at the time and that she was 31 years old and married to a marine officer. He reported that she invited him over for dinner and he would take her son to the park at times and eventually she asked him to spend the night. He stated that they began a sexual relationship and he reported that for the first time he felt he "semi-enjoyed," sexual contact with a female. He stated that she took, "total control," in bed, which was a new experience for him. Shilo stated that he had formed a good relationship and cared for her son as well and had attraction towards him, but did not want to act on it. He reported that this was the "happiest time of my life," because he fit in with his peers as they saw him having a relationship with a older woman as being, "cool." He also stated that it felt as if he "almost had a family," in this relationship and that the sex was as good as he could expect given his lack of attraction to women. Shilo stated that he had nonsexual contact with the 10-year old boy as the boy would sit in his lap or put his head in his lap at times. Shilo stated that he had a "foot fetish," and would become sexually aroused by rubbing the boys feet. This relationship went on for about and a half before he left Japan. He stated that he had no contact with the woman or her son after leaving Japan.

Shilo stated that after returning to the states he wanted to feel the same thing he experienced in this past relationship and began to date women who had kids. He stated that he dated some women for as little as a few weeks to a few months. Shilo reported that he would avoid having sex with the woman as much as possible, but these relationships did not work out because," We all wanted something different." He denied having had any sexual contact with any of the kids from these relationships. Shilo stated that at this point in his life he a clear acknowledgement of his attraction to prepubescent males and would "anguish," over his attractions because he did not want to act on them. He reported doing volunteer work at children's shelters and youth groups and felt isolated socially and emotionally. Shilo reported feeling left out from his family as his siblings were starting to have families and he feared that, "They'd hate me if they knew whom I was inside." He reported that on one occasion in San Antonio he was out at late night and saw two young boys out on the streets and offered to get them food and a ride home. He reportedly took them to McDonald's and then took them home and gave them a card for the youth center he volunteered for. When he got them home he stated that their mother hugged him to thank him. Shilo stated that after leaving and driving off he felt longing for one of the boys and put his hand in the seat where the boy had sat.



**MIDTOWN COUNSELING**

1845 Green Acres Road, Fayetteville, AR 72703

Shilo stated that his first "true," homosexual encounter was at age 24 with a 16-year-old boy who was a brother of friend's girlfriend. He reported that they were watching TV and the friend and his girlfriend had fallen asleep and he asked the 16 year old to put his feet on him. Shilo stated that the 16 year old did so, and he said that he was also homosexual. He stated that "We kissed that night," and on two later occasions had engaged in mutual oral sex. Shilo stated that he knew the "dangers," of his feelings and told his cousin Christina about his attraction as she had just come out as gay and had gained acceptance from the family. He reported that she told him to not act on his attractions towards boys. Shilo stated that he began to search for sources of support for his attractions and found the online support group, "Boychat.com." He told his cousin about this support forum and invited her to check it out. He reported submitting a story to the site about a boy he helped out once in Chicago. Shilo stated that the site had no child erotica, and no child pornography. He stated that learned about the existence of child pornography through this site and is affected him greatly. He reported feeling upset that people would put a child's picture online for all to see.

Shilo reported next becoming involved with a 13 year old boy during the year when he was working in Bosnia. He stated that he met the boy who worked at a local family owned shop outside of the base. He reported that he began learning the language and would spend time with the boy and his family months before the relationship involved sexual contact. Shilo stated that he expressed his sexual attraction to the boy and when the boy turned 13, he moved him into his apartment to live with him. He reported that he provided the boy electronics and gaming devices, but denied doing this to "lure," him. He stated that he boy didn't, "freak out," about his attraction to him and Shilo asked if he could perform oral sex on him. Shilo stated that he would not force the boy to do any sexual behavior with him and that the contact consisted of oral sex and fondling, and he would never engage in anal sex. Shilo reported writing a 10 page "code of conduct," for himself which held that he would never use force, always respect "no" as a answer if he requested sexual contact, never ask the person to touch his genitals, and that he would never be involved in child pornography. Shilo stated that he financially supported the youth as well as his family over time. He stated that the youth's father was killed during the war, in which afterwards he tried to date the youth's mother, but things did not work out. Shilo stated that he fell in love with the youth and bought him a car, paid for his college education, and even spent $20,000 to buy the family a new home after it was destroyed during the war. Even after leaving Bosnia, Shilo kept a relationship with the individual by phone. Shilo reported that when he came back to visit in 2010 he asked if the now young adult was interested in having a romantic relationship with him, but that he was not interested so he didn't pursue it any further. Shilo stated that while the relationship had been sexual at times, it also felt like a "father-son," relationship.

Shilo reported that in 2004 he moved the to Marshall Islands for work and had been there about a year before his next sexual contact with a minor. He stated that the Marshallese people are an open culture and that some suspected that he was homosexual or liked younger people. He reported that he became immersed in the culture there as he did in Bosnia and always felt like he

Page 7 of 11



**MIDTOWN COUNSELING**

1845 Green Acres Road, Fayetteville, AR 72703

fit in with the local populations and less so with the Americans. He stated that the police chief approached him once to say that they were watching him and stated that "we are open here," and that sexual contact with minors age 12 and up was not criminal if there was nor force or coercion. Shilo stated that he was scared and nervous about this interaction and wondered if he was trying to entrap him. Shilo stated that the police chief offered his daughter to him for marriage, and Shilo told him that he was gay and not interested. Shilo stated that he had sexual contact with a 14-year-old boy who was openly gay during his time there. During his employment, he was let go due to some missing ammunition he was responsible for. After leaving employment he became involved with several families who had homes in the United States and wanted help with transporting their children there. He reported taking the boys to the United States in 2008. Shilo acknowledged that he had sexual contact with several minor males from the Marshall Islands during trips to Texas, Oklahoma, and Arkansas. He reported that this consisted of fondling their penises, performing oral sex on them, and showering with some of them. He denied any anal sexual contact. He stated that he did purchase the boys games and clothing during these trips and visits and, "fell in love," with one of the boys. Shilo also reported having sexual contact with his nephew on three occasions beginning in 2010. He stated that this started occurred during the time the family was together for his father's funeral. He stated that his nephew was blunt to him about being homosexual and that they had engaged in sexual talk online, his nephew exposed his penis to him online via Skype. Shilo stated that he had performed oral sex on his nephew twice. Shilo stated that his nephew asked him to "hook him up," with one of the Marshallese boys he knew, but he did not do so. Reports indicate that the nephew stated that Shilo wanted to have an "orgy," with he and some of the Marshallese boys, but Shilo adamantly denied this. Shilo stated that the cousin had "confessed" to his mother in 2012 what had happened, which led to the legal charges. Shilo reported that he had also had sexual contact with a 12-year old male who was the son of his friend, though it was not clear when this contact occurred.

MENTAL STATUS EXAM: Shilo presented to the assessments dressed in jail issued garb and neatly groomed. He made fair eye contact during the interview. He was clear in his tone of voice. His speech was of normal rate and volume. His mood was euthymic. Shilo's thoughts were intact and cognitions were logical. His affect was appropriate and congruent with the topics of discussion. He was oriented to person, place, and time. He denied any hallucinations or self-harm ideation today. Shilo demonstrated no current symptoms reality impairment. He appeared to be average in intelligence. His judgment and insight were fair.

ASSESSMENT OF OFFENSE: Records from Department of Homeland Security state that an investigation was opened on 10/10/12 for allegations of Human Trafficking for the purposes of committing sexual acts on minors from the Marshall Islands. Shilo Watts was arrested on these charges in cooperation with the Government of Oman. U.S. Marshalls arrested Shilo on 5/15/13. There was a warrant out of Texas for aggravated sexual assault on a minor and Shilo was subsequently extradited to Texas to appear in court. He was convicted for aggravated sexual assault of a child 1st degree and sentenced to 35 years with a mandatory 17-year minimum to

# MC MIDTOWN COUNSELING

1845 Green Acres Road, Fayetteville, AR 72703

serve. The charges related to human trafficking stemmed from allegations of sexual contact with several minor males from the Marshall Islands. Records indicate that 10 minors from the Marshall Islands reported being sexually abused by Shilo Watts. Records indicate contact that included oral sex on the boys and fondling their genitals with his hands. The record detailed that Shilo would take the boys out to eat, give them money and buy them clothes, shoes, cell phones, an Ipad, candy and other items. The incidents of sexual contact were reported to have occurred in Texas, Oklahoma, and Arkansas. The reports indicate multiple instances of sexual contact with the boys in motels during various trips or at his residence as well.

STATIC 99 REVISED (Static 99R) The Static 99-R is an actuarial measure of relative risk for sexual offense recidivism. Static-99R has shown moderate accuracy in ranking offenders according to their relative risk for sexual recidivism. Furthermore, its accuracy in assessing relative risk has been consistent across a wide variety of samples, countries, and unique settings (Helmus, 2009)

Shilo received a total score of 5, which places him in the Moderate-High Risk Category for being charged or convicted of another sexual offense. Compared to other adult male sex offenders, Shilo's score is in the 88th percentile (defined as a midpoint average). Taking into account that about 7.4% of sex offenders shared the same score as Shilo, the percentile means that roughly 85% of offenders scored lower than Shilo and 7.6% scored higher.

The recidivism rate of sex offenders with the same score as Shilo would be expected to be approximately 2.70 times the recidivism rate of the typical sexual offender.

Men with scores of 5 are observed to have a 15.2% Recidivism rate in 5-year period in the community with a 95% confidence interval rate of 13.8% to 16.6%. The above value is based on the table entitled "Static-99R Routine Sample: Estimated 5-year Sexual Recidivism Rates. (Static 99R and Static 2002R Evaluators' Workbook Phenix, Helmus, & Hanson, 2015 Revision.

Static-99R does not measure all relevant risk factors and Shilo's recidivism risk may be higher or lower than that indicated by Static-99R based on factors not included in this risk tool.

VIOLENCE RISK APPRAISAL GUIDE REVISED: The Violence Risk Appraisal Guide-Revised (VRAG-R) is an update to the most commonly used actuarial violence risk assessment tool in the world. Designed to estimate the likelihood that a male criminal offender or forensic psychiatric patient will commit a new violent or sexual offense, the VRAG-R produces an estimated recidivism rate for different lengths of follow-up. Replication studies have established the VRAG scheme's ability to accurately predict violent recidivism in a variety of settings as well as in child molesters, rapists, and non-violent offenders.

VRAG-R Total Score: -13
VRAG-R Category: 3



**MIDTOWN COUNSELING**

1845 Green Acres Road, Fayetteville, AR 72703

Percentile: 69% score higher
Proportion expected to meet criteria for violent recidivism in 12 years fixed opportunity: 33%

CLINICAL FINDINGS AND RECOMMENDATIONS: Shilo has pled guilty to Interstate Transportation of a Minor with the intent to engage in criminal sexual activity. He admitted to multiple instances sexual contact with male preadolescents and adolescents from the Marshall Islands beginning in 2008. Shilo has also been convicted of three sexual offenses towards other male minors in separate state cases in Texas. He has acknowledged committing the sexual offenses and admits that his sexual interest is pedophilic in orientation. Actuarial risk assessment using the Static 99R indicate that he falls into the Moderate-High Risk Category for being charged or convicted of another sexual offense in a 5 year period with 15.2% of men with this score recidivating in a 5 year period. Results from the Violence Risk Appraisal Guide-Revised (V-RAG R) indicate that 33% of men with scores in Category 3 reoffending within a 12 year period. My evaluation of risk based on the Static 99R and VRAG-R is there is a moderate to high risk for recidivism.

Shilo's sexual orientation is by his admission and consistent with the DSM 5 diagnostic criteria, categorized as a Pedophilic Disorder. The risk and prognostic factors related to pedophilia are cited as being products of one or more various factors, which include temperament, environment, and genetic factors. Temperamental factors refer to the likelihood than antisocial males are more at risk to act out sexually with children as part of their general pattern of violating others rights. I do not assess this to be a likely driving factor for Shilo's behaviors. Environmental factors refer to events during development such as sexual abuse that may influence an individual's sexual development. Shilo has an early history of being sexually molested by an adult aunt and an adult male nurse between the ages of four and eight. Trauma such as childhood sexual abuse occurring between in early childhood is believed to have a potential for greater negative impact due to the developmental sensitivity of children in this age group as compared to older youth with similar experiences. Research indicates that trauma during this period can result in impulse control problems and poor inhibition of sexual behaviors. Research with adult sexual abusers suggests that adverse childhood experiences such as sexual abuse increases the possibility that an atypical sexual interest such as pedophilia emerge. Adult sexual abusers with histories of childhood sexual abuse report earlier onset of masturbation and earlier onset of puberty. Premature sexualization through deviant experiences, are believed to be related to subsequent sexual maladaptation.

Shilo reported the early onset of overly sexualized behaviors subsequent to his sexual victimization. His sexual development continued with a perturbed pattern from childhood through adolescence. A third potential factor linked to pedophilia, are genetic in origin and some evidence suggests neurodevelopmental perturbations in utero increases the probability of developing a pedophilic orientation. Current research suggests that persons may be born with this orientation and be predisposed to the risk of acting on this impulse. My impression is that the



## MIDTOWN COUNSELING

1845 Green Acres Road, Fayetteville, AR 72703

environmental experiences of childhood sexual abuse are an important factor to take into account as it relates to his disturbed sexual development.

My diagnostic impression is that Shilo meets the criteria for 302.2 (F65.4) Pedophilic Disorder, Exclusive Type, sexually attracted to males. He also meets the criteria for 309.89 (F43.8) Other Specified Trauma and Stressor Related Disorder. These symptoms are related to his exposure to war and violence while performing work. The symptom pattern was less pervasive than that of PTSD at the time of my assessment though do meet clinical thresholds for an impairing disorder.

Pedophilia appears to have a lifelong course. The disordered behavior of acting on the arousal (i.e. Pedophilic Disorder) is subject to change over time with and without intervention. I recommend that Shilo have sex offender specific treatment to reduce the likelihood of re-offense. Treatments may include pharmacological therapy, cognitive behavioral therapy, community supervision, and other specialized monitoring measures.

Sam Wallace, Ph.D., LPC

5/2/16