```
1              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
2                 FAYETTEVILLE DIVISION

3                                 )
    UNITED STATES OF AMERICA,     )
4                                 )
         Plaintiff,               )
5                                 )
    VS.                           ) CASE NO. 5:15-CR-50080
6                                 )
    SHILO WATTS,                  )
7                                 )
         Defendant.               )
8

9          TRANSCRIPT OF CHANGE OF PLEA HEARING
          BEFORE THE HONORABLE TIMOTHY L. BROOKS
10             January 6, 2016; 10:17 a.m.
                 FAYETTEVILLE, ARKANSAS
11

12  FOR THE GOVERNMENT:

13       Mr. Dustin S. Roberts
         United States Attorney's Office
14       414 Parker Avenue
         P.O. Box 1524
15       Fort Smith, Arkansas 72902
         479-783-5125 Phone
16       479-441-0578 Fax
         Dustin.Roberts@usdoj.gov
17
    FOR THE DEFENDANT:
18
         Mr. Joe Alfaro
19       Assistant Federal Public Defender
         3739 N. Steele Blvd., Suite 280
20       Fayetteville, AR 72703
         (479) 442-2306
21       Joe_alfaro@fd.org

22  Proceedings recorded in realtime via machine shorthand.
    _____
23
                 Dana Hayden, CCR, RMR, CRR
24            Federal Official Court Reporter
                  35 East Mountain Street
25             Fayetteville, Arkansas 72701
```

1              THE COURT:  The United States versus Shilo

2     Watts is the next --

3              THE DEFENDANT:  Yes, your Honor.

4              THE COURT:  Good morning, sir.

5              THE DEFENDANT:  Good morning.

6              THE COURT:  -- is the next case to come before

7     the Court today.  The case number is 5:15-CR-50080.

8     Dustin Roberts appears on behalf of the United States.

9     Joe Alfaro appears on behalf of Mr. Watts.  The Court

10    would note the presence of Officer Trent Thompson from

11    probation who is present likely because he's going to be

12    assigned the presentence investigation in this case.

13             Mr. Watts, I understand that you wish to enter

14    a plea of guilty to Count One of the indictment that has

15    been brought against you.  Count One is the count that

16    charges you with transporting a minor with intent to

17    engage in sexual activities in violation of Title 18

18    United States Code Section 2423(a) and (e).  Is my

19    understanding correct?

20             THE DEFENDANT:  Yes, sir.

21             THE COURT:  Well, before I can accept your

22    guilty plea, sir, I need to satisfy myself as to a

23    number of different considerations.  For example, I've

24    got to be sure that you're competent to enter a guilty

25    plea today, I've got to be sure that you've had proper

1    representation of counsel, I need to be sure that you

2    understand the charges that are pending against you and,

3    in particular, the charge that you're proposing to plead

4    guilty to, as well as the consequences in terms of the

5    statutory penalties that you would be facing.

6          I need to be sure that you understand your

7    constitutional rights in this matter, and ultimately

8    I've got to be sure that if you do enter a guilty plea

9    that you are doing so both knowingly and voluntarily.

10         So in order to satisfy myself as to all of

11   those considerations, I will need to engage you this

12   morning in a question-and-answer session.  Your

13   responses will need to be under oath.

14         Before I place you under oath, I need to be

15   sure that you understand that should you give a false

16   response to one of my questions that that in and of

17   itself could potentially subject you to separate charges

18   for making false statements or perjury.  Do you

19   understand that?

20         THE DEFENDANT:  Yes, sir.

21         THE COURT:  It is also my intent today to ask

22   you questions that you understand, or I guess the better

23   way to say that would be that you understand the

24   questions that you're answering; and if you do not

25   understand my question or you don't understand the point

1   or the right that you have that I'm trying to be sure

2   that you are aware of, just stop me literally and say,

3   "Judge, I don't understand that," or "Judge, could you

4   repeat or rephrase that," and I'd be more than happy to

5   do that.  Is that agreeable?

6           THE DEFENDANT:  Yes, sir.

7           THE COURT:  Finally, Mr. Alfaro is your

8   attorney.  If at any time during the Court's questioning

9   you'd like to visit with Mr. Alfaro, all you have to do

10  is let me know that and I'll be happy to let the two of

11  you confer.  Is that agreeable as well?

12          THE DEFENDANT:  Yes, sir.

13          THE COURT:  All right.  If you'd please stand

14  and raise your right hand.

15          (Whereupon, the defendant was duly sworn.)

16          THE COURT:  All right, sir.  Please state your

17  full name.

18          THE DEFENDANT:  Shilo Joe Watts.

19          THE COURT:  How old are you?

20          THE DEFENDANT:  40 years old.

21          THE COURT:  Prior to being arrested, where did

22  you live?

23          THE DEFENDANT:  Living overseas, sir.

24          THE COURT:  Where?

25          THE DEFENDANT:  In the Middle East, in the

1   country of Oman.

2          THE COURT:  In the country of what?

3          THE DEFENDANT:  Oman, O-m-a-n.

4          THE COURT:  Oman?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  What were you doing there?

7          THE DEFENDANT:  I was -- I had a private

8   business, and I was also doing some contract work.

9          THE COURT:  What was the nature of your private

10  business?

11         THE DEFENDANT:  It was a photography or a tour

12  guide business.

13         THE COURT:  And what was the nature of your

14  contract work?

15         THE DEFENDANT:  It was -- I was representing a

16  company to negotiate defense contracts with the

17  government of Oman.

18         THE COURT:  Are you married?

19         THE DEFENDANT:  No, sir.

20         THE COURT:  Do you have any children?

21         THE DEFENDANT:  No, sir.

22         THE COURT:  How far did you go in school?

23         THE DEFENDANT:  I have a technical trade

24  from -- at a college.

25         THE COURT:  Well, let me start with this.  From

1  where did you graduate high school?

2         THE DEFENDANT:  Southwest High School, San

3  Antonio, Texas.

4         THE COURT:  What year was that?

5         THE DEFENDANT:  1994.

6         THE COURT:  And then where was the technical

7  trade school?

8         THE DEFENDANT:  It was TEEX, Texas A&M.

9         THE COURT:  T --

10         THE DEFENDANT:  TEEX.  It's a -- I don't know

11  what -- I can't remember what they all stand for.

12         THE COURT:  All right.  How many years did you

13  attend that program?

14         THE DEFENDANT:  It was a six-month school.

15         THE COURT:  And did that culminate in you

16  receiving some sort of certificate?

17         THE DEFENDANT:  Yes, sir.

18         THE COURT:  In what area?

19         THE DEFENDANT:  Excuse me.  Unexploded ordnance

20  disposal.

21         THE COURT:  Unexploded ordnance disposal?

22         THE DEFENDANT:  Yes, sir.

23         THE COURT:  When did you obtain that

24  certificate?

25         THE DEFENDANT:  2012.

1        THE COURT:  Subsequent to receiving that

2 certificate, did you ever work in the area of unexploded

3 ordnance disposal?

4        THE DEFENDANT:  I'm sorry, sir.  Prior to that?

5        THE COURT:  No.  After 2012 did you ever work

6 in that field?

7        THE DEFENDANT:  Yes, sir.

8        THE COURT:  Tell me about that.

9        THE DEFENDANT:  I worked for a company called

10 Ordnance and Explosives Mediation, clearing an area of

11 suspected UXO, which is unexploded ordnance, from the

12 World War I era in order -- they were clearing that area

13 so a park could be built.

14        So we would have to go in with our tools to

15 search for the UXO, and if we found UXO, then we would

16 follow certain S.O.P.s and detonate the UXO to render it

17 safe.

18        THE COURT:  And where were you conducting these

19 searches?

20        THE DEFENDANT:  That particular one was at Fort

21 Hood -- I'm sorry, not Fort Hood.  Fort Sam Houston in

22 San Antonio, Texas.

23        THE COURT:  All right.  Do you consider

24 yourself to be in good physical health today?

25        THE DEFENDANT:  Yes, sir.

1          THE COURT:  Are you taking any prescription

2  medications?

3          THE DEFENDANT:  Yes, sir.

4          THE COURT:  What do you take?

5          THE DEFENDANT:  I'm taking Trazodone for PTSD.

6          THE COURT:  Who prescribed that for you?

7          THE DEFENDANT:  A doctor out of the Washington

8  County Detention Center.

9          THE COURT:  Were you taking any medications for

10  PTSD prior to your arrest in this case?

11          THE DEFENDANT:  Prior, prior to my arrest, no,

12  sir.  But I've been incarcerated now going on 32 months,

13  and I've taken it in previous facilities.

14          THE COURT:  In the last 24 hours, have you

15  consumed any drugs or medications other than Trazodone

16  or any other substances that would have the cause or

17  effect of rendering you unable to understand what we're

18  doing today?

19          THE DEFENDANT:  No, sir, I have not.

20          THE COURT:  And does the Trazodone cause you

21  any problems in understanding what we're doing today?

22          THE DEFENDANT:  No, sir, it does not.

23          THE COURT:  Have you ever been under the care

24  of a doctor for a mental health condition, and let me

25  qualify that initially by saying other than this PTSD

1    that you just explained to me?

2            THE DEFENDANT:  No, sir, just -- just the PTSD.

3            THE COURT:  All right.  And that was -- that's

4    been diagnosed since you have been in custody the last

5    32 months?

6            THE DEFENDANT:  Yes, sir.

7            THE COURT:  And do you in fact understand that

8    the purpose of this hearing is for the Court to consider

9    your request to enter a guilty plea?

10           THE DEFENDANT:  Yes, sir, I do.

11           THE COURT:  Now, Mr. Alfaro has been your

12   attorney throughout the proceedings in this Court; is

13   that correct?

14           THE DEFENDANT:  Yes, sir.  Sorry.

15           THE COURT:  Are you fully satisfied with

16   Mr. Alfaro's legal services and representation of you?

17           THE DEFENDANT:  Yes, sir.

18           THE COURT:  Has he answered any and all

19   questions that you may have had?

20           THE DEFENDANT:  Yes, sir.

21           THE COURT:  Well, Mr. Watts, let's start kind

22   of the substantive part of this by me explaining to you

23   that you do not have to plead guilty today.  I realize

24   that the matter's been set for a change of plea hearing.

25   Everyone in the courtroom is anticipating that at the

1  end of the hearing, you're going to enter a plea of

2  guilty, but despite that, if you had second thoughts or

3  proverbial cold feet on your way over here today, I want

4  you to understand you don't have to go through with

5  that.  You don't have to enter a guilty plea.  Do you

6  understand that?

7          THE DEFENDANT:  Yes, sir, I do.

8          THE COURT:  And that's important that you

9  understand that for several reasons.  First of all, if

10 you were to persist in a plea of not guilty, then you

11 have certain very important constitutional rights which

12 you will forgo and waive by virtue of entering a guilty

13 plea.  So I want to be sure you understand these rights

14 that you would be waiving.

15          First of all, you have a right to a trial, and

16 more specifically, a right to a jury trial and to have a

17 jury determine whether or not you are guilty or not

18 guilty of the charges that have been brought against

19 you.

20          At a trial, you would have the right to see,

21 hear, and cross-examine any witnesses that the

22 government might call to testify against you.

23          Likewise, you would have use of the court's

24 subpoena power to compel the attendance of any witnesses

25 that you might like to call in your own defense.

1           At a jury trial, you would be presumed

2    innocent, and the government would be required and the

3    government would have the burden to prove each and every

4    element of each and every count, or charge, that has

5    been brought against you, and their burden of proof is

6    to establish each of those elements beyond a reasonable

7    doubt.  And the jury would be so instructed; in fact,

8    the jury would be instructed that you don't have to

9    prove anything, that the presumption of innocence alone

10   is sufficient to return a not guilty verdict unless and

11   until the government has met its burden of proof.

12           Do you understand all of those rights so far?

13           THE DEFENDANT:  Yes, sir, I do.

14           THE COURT:  Also, at a trial you would have the

15   right to testify if you chose, but the government could

16   not make you testify, and only you ultimately could

17   decide whether or not you wanted to testify.  And if you

18   elected not to testify, I would instruct the jury that

19   they are not to infer any guilt or anything adverse to

20   you by virtue of you exercising your Fifth Amendment

21   rights.  Do you understand that as well?

22           THE DEFENDANT:  Yes, sir.

23           THE COURT:  Do you understand that if you enter

24   a guilty plea, and if I accept your guilty plea, that

25   you would be waiving and forgoing all of these rights

1  that I've just explained to you?

2          THE DEFENDANT:  Yes, sir.

3          THE COURT:  Obviously you understand that at a

4  trial, you would have the right to be represented by

5  counsel?  Do you understand that?

6          THE DEFENDANT:  Yes, sir.

7          THE COURT:  All right.  One more nuance I want

8  to be sure you understand is that if a jury were to find

9  you guilty that you would have the right to appeal, to

10 the United States Court of Appeals, their finding and

11 to, in effect, urge to the court of appeals that the

12 jury got it wrong and that you are, in fact, not guilty.

13         However, if you enter a guilty plea today and I

14 accept your guilty plea, that will mean that before

15 we're finished today, you will have had to have admitted

16 the facts that make you guilty under oath in open court.

17         So to the extent that you were able to pursue

18 an appeal, you could not contend on appeal that you were

19 not factually guilty.  Do you understand the difference

20 in the two?

21         THE DEFENDANT:  Yes, sir.

22         THE COURT:  Now, I take it that you have

23 received a copy of the indictment that's been brought

24 against you; is that correct?

25         THE DEFENDANT:  Yes, sir.  Excuse me.  Yes,

1    sir.

2            THE COURT:  The indictment charges you with

3    five separate counts, three of which have to do with

4    transporting a minor with the intent to engage in sexual

5    activities.

6            Count 4 charges you with traveling with the

7    intent to engage in illicit sexual conduct with a minor,

8    and Count Five charges you with crossing a state line

9    with the intent to engage in a sexual act with a person

10   under 12 years old.

11           Now, those are the charges than pending against

12   you, but you are proposing to plead guilty to Count One,

13   and I want to be sure that you understand that that is

14   this charge of transporting a minor with intent to

15   engage in sexual activities.  Is that your understanding

16   of what you're proposing to plead guilty to?

17           THE DEFENDANT:  Yes, sir, it is.

18           THE COURT:  And do you believe that you have

19   had a full and adequate opportunity to discuss the

20   nature of that charge and what the government would have

21   to establish in order to meet its burden of proof?

22           THE DEFENDANT:  Yes, sir.

23           THE COURT:  Has he answered any and all

24   questions that you may have had about that?

25           THE DEFENDANT:  Yes, sir.

1        THE COURT:  And with the benefit of

2   Mr. Alfaro's explanation, do you understand the nature

3   of this charge that you're proposing to plead guilty to?

4        THE DEFENDANT:  Yes, sir, I do.

5        THE COURT:  Likewise, have you had an

6   opportunity to discuss the potential penalties that you

7   would be facing if you were to plead guilty to Count

8   One?

9        THE DEFENDANT:  Yes, sir.

10       THE COURT:  And have you had a full opportunity

11  to ask Mr. Alfaro any questions about that?

12       THE DEFENDANT:  Yes, sir, I have.

13       THE COURT:  And has he answered all your

14  questions?

15       THE DEFENDANT:  Yes, sir.

16       THE COURT:  And with the benefit of his

17  explanation, do you understand -- believe that you

18  understand all of the potential consequences of entering

19  a guilty plea?

20       THE DEFENDANT:  Yes, sir.

21       THE COURT:  All right.  Mr. Alfaro, can you

22  confirm on the record that you've received a copy of the

23  indictment, that you have represented Mr. Watts in that

24  regard and explained to him the nature of these charges,

25  the potential consequences he would be facing, including

1   the charge and consequences of pleading guilty to Count

2   One of the indictment?

3          MR. ALFARO:  I have, your Honor.

4          THE COURT:  And have you answered any and all

5   questions that he may have had about that?

6          THE DEFENDANT:  Yes, your Honor.

7          THE COURT:  All right.  Thank you.

8          Well, Mr. Watts, let me drill down a little bit

9   deeper on these statutory penalties that you would be

10  facing.  If you plead guilty to Count One, you're going

11  to be looking at a maximum statutory term of

12  imprisonment of life, but there's also a mandatory

13  minimum term of imprisonment of ten years.

14         So that means that at the time of sentencing,

15  although this Court does have a certain amount of

16  discretion in determining what would be an appropriate

17  sentence for you, the floor that I can't go below is ten

18  years, and I have the authority and discretion to impose

19  a lawful sentence up to life in prison.  Do you

20  understand that?

21         THE DEFENDANT:  Yes, sir.

22         THE COURT:  In addition you'd be looking at a

23  maximum fine in the sum of $250,000, as well as the

24  possibility of both imprisonment and a fine.  And in

25  addition to that, you're looking at a term of supervised

1  release of not less than five years and up to life, and

2  that would -- period of time would begin after you were

3  released from incarceration.

4         You're also looking at a special assessment of

5  $100 and any restitution that the Court may order.  Do

6  you understand that all of those are potential

7  punishments that you're facing?

8         THE DEFENDANT:  Yes, sir.

9         THE COURT:  With regard to supervised release,

10 to the extent that you are released from incarceration,

11 do you understand that supervised release would govern

12 the restrictions that you would be under and have to

13 comply with during any term of supervised release?

14        THE DEFENDANT:  Yes, sir.

15        THE COURT:  And do you understand that should

16 you be found to be in violation of any of those

17 restrictions that you're potentially looking at being

18 sent back for further incarceration as a consequence of

19 those violations?

20        THE DEFENDANT:  Yes, sir.

21        THE COURT:  All right.  Now, are you a United

22 States citizen?

23        THE DEFENDANT:  Yes, sir, I am.

24        THE COURT:  All right.  Do you understand that

25 the charge that you're proposing to plead guilty to is a

1  felony?

2        THE DEFENDANT:  Yes, sir.

3        THE COURT:  Do you understand that citizens of

4  this country who are convicted of felonies lose and

5  forfeit certain very valuable and important

6  constitutional and civic rights and privileges such as

7  the right to vote, the right to hold elective office,

8  and the right to bear arms?

9        THE DEFENDANT:  Yes, sir.

10        THE COURT:  Mr. Watts, has anyone forced you to

11  plead guilty?

12        THE DEFENDANT:  No, sir.

13        THE COURT:  Has anyone threatened you or a

14  family member or a loved one that something bad is going

15  to happen if you don't plead guilty?

16        THE DEFENDANT:  No, sir.

17        THE COURT:  Have the parties entered into a

18  fully executed written plea agreement?

19        MR. ROBERTS:  Yes, your Honor.

20        MR. ALFARO:  Yes, your Honor.

21        THE COURT:  All right.  That has been handed to

22  me.  I'd ask Mr. Alfaro to place a copy of the plea

23  agreement in front of Mr. Watts.

24        And Mr. Watts, I'd ask you to turn over to the

25  very last page, Page 13.  Is that your signature under

1  the date of December 28th?

2          THE DEFENDANT:  Yes, sir, it is.

3          THE COURT:  Did you read this plea agreement in

4  its entirety before you signed it?

5          THE DEFENDANT:  Yes, sir.

6          THE COURT:  Did you confer with Mr. Alfaro

7  about the contents and meaning of the terms of this plea

8  agreement before you signed it?

9          THE DEFENDANT:  Yes, sir.

10          THE COURT:  Did he answer any and all questions

11  that you may have had?

12          THE DEFENDANT:  Yes, sir.

13          THE COURT:  Let me have you turn over to Page

14  10, Paragraph 21, under the heading of Concessions by

15  the Government, and I want to use this paragraph,

16  Mr. Watts, to illustrate a point that I want to be sure

17  you understand.

18          This paragraph is an example of one place in

19  the plea agreement where, in exchange for your guilty

20  plea, the government is agreeing to do certain things

21  and agreeing not to do certain other things.

22          For example, they are agreeing not to object to

23  you receiving acceptance of responsibility decreases in

24  your guideline calculation, and they're agreeing to make

25  a motion for an additional level of acceptance.  And I

1  will certainly consider the government's position and

2  certainly will consider their recommendation, but I say

3  all that to try to make this point.  Just because the

4  government has agreed to do something and just because

5  they are telling you they will make a recommendation to

6  the Court, that doesn't bind the Court.  Do you

7  understand that?

8            THE DEFENDANT:  Yes, sir.

9            THE COURT:  So in other words, despite anything

10  that is contained in this plea agreement, the Court has

11  the authority and the discretion to impose any lawful

12  punishment upon you up to the statutory maximums that we

13  reviewed a few minutes ago.  Do you understand that?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  Has anyone made any particular

16  promise to you that you're going to receive any

17  particular sentence?

18            THE DEFENDANT:  No, sir.

19            THE COURT:  Has Mr. Alfaro discussed and

20  explained to you the United States sentencing guidelines

21  in terms of what they are and how they will be used in

22  your case?

23            THE DEFENDANT:  Yes, sir.

24            THE COURT:  So do you understand that the Court

25  will be obligated to apply the guidelines to the facts

1  of your case, and the end product of applying the

2  guidelines is that the Court calculates a guideline

3  range for the punishment, at least according to the

4  sentencing commission the Court is advised would be

5  appropriate.  Do you understand that I'm obligated to

6  both calculate the range and to take it into

7  consideration?

8            THE DEFENDANT:  Yes, sir.

9            THE COURT:  But the main point here is even

10  though I have that obligation, the guideline range is

11  advisory, and I am under no obligation to give you a

12  so-called guideline range sentence.  Do you understand

13  that?

14            THE DEFENDANT:  Yes, sir.

15            THE COURT:  And that is true because the Court

16  is also obligated to look at many other factors.  Those

17  factors are codified at Title 18 United States Code

18  Section 3553(a) and that's just where they're found in

19  the statute book, but sometimes for shorthand we refer

20  to them sometimes as the 3553(a) factors.

21            In addition to the guidelines, those include

22  such things as the Court's review of the nature and

23  circumstances of your offense; a look at your personal

24  history, background and characteristics; a need for the

25  Court to avoid any unwarranted disparities in the

sentences that it hands down to people who are similarly
situated in terms of their offenses of conviction and
their prior criminal history.

The Court is also obligated to ensure that all
of the statutory purposes of sentencing are taken into
consideration in arriving at the Court's ultimate
sentence in this case.

So I guess the point here, Mr. Watts, is that
after the Court takes into consideration all of the
3553(a) factors, your sentence ultimately could be less
than the guideline range, more severe than the guideline
range, or anywhere within the guideline range, provided
that the Court can't go below the ten-year minimum or
the lifetime maximum.  Do you understand that?

THE DEFENDANT:  Yes, sir.

THE COURT:  I also think it's appropriate for
me to explain to you what happens after today and before
the Court imposes sentence just so that you're aware of
that before you enter your plea.  If you plead guilty
today and if I accept your guilty plea, then I'm going
to ask the Court's probation office, and likely Officer
Thompson specifically, to conduct a presentence
investigation.

Officer Thompson will acquire more information
about you and about the crimes that you've been charged

1  with from a variety of different sources.  For example,

2  Officer Thompson will set up a time to meet with you and

3  will interview you and that is the conduit through which

4  I learn about information about you that I will, at

5  least in part, use in evaluating this 3553(a) factor

6  that goes to your personal history, background and

7  characteristics.

8          Officer Thompson will also collect information

9  from the government and that's how I will find out more

10  about the details of your offense of conviction, but I

11  want to be sure that you understand this:  When Officer

12  Thompson meets with the government and gets information

13  about your case, the scope of that information will not

14  be limited to your acts that constitute your conviction

15  under Count One.

16          Officer Thompson will also collect information

17  and ultimately report to me your actions and your

18  conduct by which the government brought these other four

19  counts against you.  And that information and your

20  actions will be made known to me, and I am permitted to

21  take that information into account in arriving at what

22  would be an appropriate sentence.

23          That extra information, if you will, is what is

24  known as relevant conduct.  So do you understand that I

25  will be able to take all of this other information into

1  consideration at the time of sentencing and that I will

2  not be limited to focusing solely on your acts as it

3  relates to Count One?

4          THE DEFENDANT:  Yes, sir.

5          THE COURT:  Mr. Watts, is your decision to

6  plead guilty voluntary and is it based entirely upon

7  your own free will because you are, in fact, guilty?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  And do you fully understand that by

10  pleading guilty, you will be deemed convicted of the

11  charge in Count One just as if you had taken the matter

12  to trial and a jury found you guilty?

13          THE DEFENDANT:  Yes, sir.

14          THE COURT:  And do you understand that if you

15  plead guilty that there is a certain finality that

16  attaches to that and that you can't simply wake up

17  tomorrow morning and decide that you've changed your

18  mind and come back to me and ask to withdraw your guilty

19  plea?  Do you understand that?

20          THE DEFENDANT:  Yes, sir.

21          THE COURT:  Do you understand that that's not

22  how it works?

23          THE DEFENDANT:  Yes, sir, I do.

24          THE COURT:  And more specifically, if at the

25  time of sentencing the Court were to impose a sentence

1   that is more severe than what you and/or Mr. Alfaro

2   might be estimating or projecting that you can't come

3   back after sentencing and say, well, if I had known I

4   was going to get that harsh of a sentence, I never would

5   have pled guilty; I'd like to withdraw my guilty plea.

6   It doesn't work that way, and you won't be allowed to do

7   that.  Do you understand that?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  All right.  One of the last things

10  that we need to do, Mr. Watts, is I need to be sure that

11  you admit to the facts that make you guilty of Count

12  One, and the way that we will do that is I'm going to

13  ask the government's attorney to state the facts that

14  the government could prove if this matter were to

15  proceed to trial.

16          In effect, Mr. Roberts is going to be reciting

17  the same facts that are set forth in the factual basis

18  of your plea agreement, which is contained within

19  Paragraph 4 of the plea agreement.  And you're certainly

20  welcome to follow along as Mr. Roberts reads, but I'd

21  like to emphasize that you should listen very closely to

22  Mr. Roberts because when he is finished, I'm going to

23  ask you whether or not you agree with and admit to each

24  of the facts that he stated.

25          You may proceed.

1        MR. ROBERTS:  Thank your Honor.

2        On or about October of 2012, special agents

3   with the Homeland Security office in San Antonio, Texas,

4   began investigating the sexual abuse of a minor

5   Marshallese male living in Northwest Arkansas by the

6   defendant, Shilo Watts.

7        Based on this investigation, Homeland Security

8   agents were able to determine that Watts had lived in

9   the Marshall Islands for several years and had helped

10  bring several young males to the United States.  The

11  males were subsequently contacted by law enforcement and

12  interviewed.

13       On or about February 7, 2013, one such

14  Marshallese minor, namely John Doe Number 1, told law

15  enforcement that Watts had began performing oral sex on

16  him when he was in the Marshall Islands and continued

17  after he relocated to the United States.

18       Specifically John Doe Number 1 stated that

19  between 2008 and 2012, when he was living in Springdale,

20  Arkansas, Watts would drive up from his home in Texas

21  and pick him and other Marshallese boys -- pick him up,

22  as well as other Marshallese boys.  He would thereafter

23  transport the minors from Springdale in the Western

24  District of Arkansas to his or his family's residence in

25  the State of Texas.

1        During one such trip in 2009, Watts picked him

2   up in Springdale and transported him to New Braunfels,

3   Texas where he performed oral sex on him.  At the time

4   he was 14 years of age.

5        On January 28, 2014, Watts was interviewed by

6   law enforcement.  During said interview, Watts admitted

7   to being in the Marshall Islands in 2005 to 2006.  He

8   further admitted to performing oral sex on John Doe

9   Number 1 while there.  He also stated that he helped

10  John Doe Number 1 relocate from the Marshall Islands to

11  Northwest Arkansas.

12        Moreover, Watts stated between 2008 and 2012,

13  he, on several occasions, transported several of the

14  Marshallese minors from Northwest Arkansas back to

15  Texas.  During one said trip, Watts admitted to engaging

16  in sexual acts with John Doe Number 1 in New Braunfels,

17  Texas.

18        During the relevant time periods, pursuant to

19  Arkansas Code Annotated Section 514.127, which is sexual

20  assault fourth degree, it is prohibited for an

21  individual over the age of 20 to engage in sexual

22  contact with a minor less than 16 years of age.

23        For the record, your Honor, Texas law set out

24  at Texas Penal Code Section 22.011, which is sexual

25  assault, also prohibits the sexual contact described in

1    this plea agreement.  Additionally Texas Penal Code

2    Section 22.11, which is indecency with a child, likewise

3    prohibits said conduct.

4         Based on these statements of the victim, along

5    with corroborating evidence obtained by law enforcement,

6    and based on the defendant's own statement, the

7    government could prove that the defendant in this case

8    knowingly transported a minor in interstate commerce

9    with the intent to engage in criminal sexual activity.

10        Thank your Honor.

11        THE COURT:  All right.  Thank you, Mr. Roberts.

12        Mr. Watts, do you understand that the facts as

13   recited just now by Mr. Roberts are the facts that the

14   government contends it could prove if this matter were

15   to proceed to trial?

16        THE DEFENDANT:  Yes, sir.

17        THE COURT:  And are those facts indeed true?

18        THE DEFENDANT:  Yes, sir.

19        THE COURT:  And do you agree that the

20   government could prove those facts if the matter

21   proceeded to trial?

22        THE DEFENDANT:  Yes, sir.

23        THE COURT:  Mr. Alfaro, do you agree with and

24   concur with and stipulate with Mr. Roberts that the

25   actions stated in the factual predicate would be a

1    violation of Texas Penal Code 22.011 and 22.11?

2         MR. ALFARO:  I do, your Honor.

3         THE COURT:  And do you likewise agree that the

4    government could prove the facts as Mr. Roberts has

5    recited if this matter were to proceed to trial?

6         MR. ALFARO:  Yes, your Honor.

7         THE COURT:  Very well.

8         Mr. Watts, with all that we have discussed and

9    explained today, including your constitutional rights

10   that you would be forgoing and the statutory minimum and

11   maximum penalties that you would be facing, I'm now

12   going to ask you, how do you plead to the charge set

13   forth in Count One of the indictment for transporting a

14   minor with intent to engage in sexual activities, in

15   violation of federal law as set forth in Count One of

16   the indictment:  Guilty or not guilty?

17        THE DEFENDANT:  Guilty.

18        THE COURT:  All right.  Thank you very much,

19   sir.  It's going to be the findings of the Court in this

20   matter, number one, that Mr. Watts is fully competent

21   and capable of entering an informed plea; number two,

22   that Mr. Watts is aware of the nature of the charge and

23   the consequences of his guilty plea; and number three,

24   that the plea of guilty is a knowing and voluntary plea

25   supported by an independent basis in fact containing all

of the essential elements of the offense.  Therefore, the guilty plea will be accepted and Mr. Watts is now adjudged guilty and stands convicted of the offense charged in Count One.

Further, the Court is going to express tentative approval of the plea agreement but, Mr. Watts, I'm going to withhold final approval until such time as I have been informed by the results of the presentence investigation.

Mr. Thompson, I would commission the presentence investigation at this time and ask that you conduct that investigation and report your findings to counsel and the Court.

It would appear that the defendant waived the issue of detention at his arraignment before Judge Setser and that a detention order is, therefore, in effect and that will remain in effect and, Mr. Watts, you're going to be remanded to the custody of the United States marshal pending sentencing.

It typically takes about 90 to 120 days or so to complete the investigation and to give time for the attorneys to file their objections and that sort of thing.  So we'll see you back here probably in about four months.

THE DEFENDANT:  Yes, sir.

1          THE COURT:  Is there anything further?

2          MR. ROBERTS:  No, your Honor.  Thank you.

3          THE COURT:  Mr. Alfaro?

4          MR. ALFARO:  No, your Honor.

5          THE COURT:  All right.  Very well.  We're

6    adjourned.

7          (Proceedings concluded at 11:10 a.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1               CERTIFICATE OF OFFICIAL REPORTER

2

3          I, Dana Hayden, Federal Official Realtime Court

4   Reporter, in and for the United States District Court

5   for the Western District of Arkansas, do hereby certify

6   that pursuant to Section 753, Title 28, United States

7   Code that the foregoing is a true and correct transcript

8   of the stenographically reported proceedings held in the

9   above-entitled matter and that the transcript page

10  format is in conformance with the regulations of the

11  Judicial Conference of the United States.

12          Dated this 22nd day of June 2016.

13

14

15

16          _____

17          Dana Hayden, CCR, RMR, CRR
            Federal Official Court Reporter

18

19

20

21

22

23

24

25

**$**

**$100** [1] - 16:5
**$250,000** [1] - 15:23

**1**

**1** [5] - 25:14, 25:18, 26:9, 26:10, 26:16
**10** [1] - 18:14
**10:17** [1] - 1:10
**11:10** [1] - 30:7
**12** [1] - 13:10
**120** [1] - 29:20
**13** [1] - 17:25
**14** [1] - 26:4
**1524** [1] - 1:14
**16** [1] - 26:22
**18** [2] - 2:17, 20:17
**1994** [1] - 6:5

**2**

**20** [1] - 26:21
**2005** [1] - 26:7
**2006** [1] - 26:7
**2008** [2] - 25:19, 26:12
**2009** [1] - 26:1
**2012** [5] - 6:25, 7:5, 25:2, 25:19, 26:12
**2013** [1] - 25:13
**2014** [1] - 26:5
**2016** [2] - 1:10, 31:12
**21** [1] - 18:14
**22.011** [2] - 26:24, 28:1
**22.11** [2] - 27:2, 28:1
**24** [1] - 8:14
**2423(a** [1] - 2:18
**28** [2] - 26:5, 31:6
**280** [1] - 1:19
**28th** [1] - 18:1

**3**

**32** [2] - 8:12, 9:5
**35** [1] - 1:24
**3553(a** [4] - 20:18, 20:20, 21:10, 22:5
**3739** [1] - 1:19

**4**

**4** [2] - 13:6, 24:19
**40** [1] - 4:20
**414** [1] - 1:14
**442-2306** [1] - 1:20
**479** [1] - 1:20
**479-441-0578** [1] - 1:16

**479-783-5125** [1] - 1:15

**5**

**514.127** [1] - 26:19
**5:15-CR-50080** [2] - 1:5, 2:7

**6**

**6** [1] - 1:10

**7**

**7** [1] - 25:13
**72701** [1] - 1:25
**72703** [1] - 1:20
**72902** [1] - 1:15
**753** [1] - 31:6

**9**

**90** [1] - 29:20

**A**

**A&M** [1] - 6:8
**a.m** [1] - 1:10, 30:7
**able** [3] - 12:17, 22:25, 25:8
**above-entitled** [1] - 31:9
**abuse** [1] - 25:4
**accept** [4] - 2:21, 11:24, 12:14, 21:20
**acceptance** [2] - 18:23, 18:25
**accepted** [1] - 29:2
**according** [1] - 20:3
**account** [1] - 22:21
**acquire** [1] - 21:24
**act** [1] - 13:9
**actions** [3] - 22:17, 22:20, 27:25
**activities** [4] - 2:17, 13:5, 13:15, 28:14
**activity** [1] - 27:9
**acts** [3] - 22:14, 23:2, 26:16
**addition** [3] - 15:22, 15:25, 20:21
**additional** [1] - 18:25
**additionally** [1] - 27:1
**adequate** [1] - 13:19
**adjourned** [1] - 30:6
**adjudged** [1] - 29:3
**admit** [2] - 24:11, 24:23
**admitted** [4] - 12:15,

26:6, 26:8, 26:15
**adverse** [1] - 11:19
**advised** [1] - 20:4
**advisory** [1] - 20:11
**age** [3] - 26:4, 26:21, 26:22
**agents** [2] - 25:2, 25:8
**ago** [1] - 19:13
**agree** [4] - 24:23, 27:19, 27:23, 28:3
**agreeable** [2] - 4:5, 4:11
**agreed** [1] - 19:4
**agreeing** [4] - 18:20, 18:21, 18:22, 18:24
**agreement** [10] - 17:18, 17:23, 18:3, 18:8, 18:19, 19:10, 24:18, 24:19, 27:1, 29:6
**ALFARO** [5] - 15:3, 17:20, 28:2, 28:6, 30:4
**Alfaro** [13] - 1:18, 2:9, 4:7, 4:9, 9:11, 14:11, 14:21, 17:22, 18:6, 19:19, 24:1, 27:23, 30:3
**Alfaro's** [2] - 9:16, 14:2
**allowed** [1] - 24:6
**alone** [1] - 11:9
**Amendment** [1] - 11:20
**AMERICA** [1] - 1:3
**amount** [1] - 15:15
**Annotated** [1] - 26:19
**answer** [3] - 3:12, 18:10
**answered** [4] - 9:18, 13:23, 14:13, 15:4
**answering** [1] - 3:24
**anticipating** [1] - 9:25
**Antonio** [3] - 6:3, 7:22, 25:3
**appeal** [2] - 12:9, 12:18
**Appeals** [1] - 12:10
**appeals** [1] - 12:11
**appear** [1] - 29:14
**apply** [1] - 19:25
**applying** [1] - 20:1
**appropriate** [4] - 15:16, 20:5, 21:16, 22:22
**approval** [2] - 29:6, 29:7
**AR** [1] - 1:20
**area** [4] - 6:18, 7:2, 7:10, 7:12

**ARKANSAS** [2] - 1:1, 1:10
**Arkansas** [9] - 1:15, 1:25, 25:5, 25:20, 25:24, 26:11, 26:14, 26:19, 31:5
**arms** [1] - 17:8
**arraignment** [1] - 29:15
**arrest** [2] - 8:10, 8:11
**arrested** [1] - 4:21
**arriving** [2] - 21:6, 22:21
**assault** [2] - 26:20, 26:25
**assessment** [1] - 16:4
**assigned** [1] - 2:12
**Assistant** [1] - 1:19
**attaches** [1] - 23:16
**attend** [1] - 6:13
**attendance** [1] - 10:24
**attorney** [3] - 4:8, 9:12, 24:13
**Attorney's** [1] - 1:13
**attorneys** [1] - 29:22
**authority** [2] - 15:18, 19:11
**Avenue** [1] - 1:14
**avoid** [1] - 20:25
**aware** [3] - 4:2, 21:18, 28:22

**B**

**background** [2] - 20:24, 22:6
**bad** [1] - 17:14
**based** [4] - 23:6, 25:7, 27:4, 27:6
**basis** [2] - 24:17, 28:25
**bear** [1] - 17:8
**BEFORE** [1] - 1:9
**began** [2] - 25:4, 25:15
**begin** [1] - 16:2
**behalf** [2] - 2:8, 2:9
**below** [2] - 15:17, 21:13
**benefit** [2] - 14:1, 14:16
**better** [1] - 3:22
**between** [2] - 25:19, 26:12
**beyond** [1] - 11:6
**bind** [1] - 19:6
**bit** [1] - 15:8
**Blvd** [1] - 1:19
**book** [1] - 20:19
**Box** [1] - 1:14

**boys** [2] - 25:21, 25:22
**Braunfels** [2] - 26:2, 26:16
**bring** [1] - 25:10
**BROOKS** [1] - 1:9
**brought** [5] - 2:15, 10:18, 11:5, 12:23, 22:18
**built** [1] - 7:13
**burden** [4] - 11:3, 11:5, 11:11, 13:21
**business** [3] - 5:8, 5:10, 5:12

**C**

**calculate** [1] - 20:6
**calculates** [1] - 20:2
**calculation** [1] - 18:24
**capable** [1] - 28:21
**care** [1] - 8:23
**case** [9] - 2:6, 2:7, 2:12, 8:10, 19:22, 20:1, 21:7, 22:13, 27:7
**CASE** [1] - 1:5
**CCR** [2] - 1:23, 31:17
**Center** [1] - 8:8
**certain** [7] - 7:16, 10:11, 15:15, 17:5, 18:20, 18:21, 23:15
**certainly** [3] - 19:1, 19:2, 24:19
**CERTIFICATE** [1] - 31:1
**certificate** [3] - 6:16, 6:24, 7:2
**certify** [1] - 31:5
**change** [1] - 9:24
**CHANGE** [1] - 1:9
**changed** [1] - 23:17
**characteristics** [2] - 20:24, 22:7
**charge** [10] - 3:3, 11:4, 13:14, 13:20, 14:3, 15:1, 16:25, 23:11, 28:12, 28:22
**charged** [2] - 21:25, 29:4
**charges** [9] - 2:16, 3:2, 3:17, 10:18, 13:2, 13:6, 13:8, 13:11, 14:24
**child** [1] - 27:2
**children** [1] - 5:20
**chose** [1] - 11:15
**circumstances** [1] - 20:23
**citizen** [1] - 16:22
**citizens** [1] - 17:3

**civic** [1] - 17:6
**clearing** [2] - 7:10, 7:12
**closely** [1] - 24:21
**Code** [7] - 2:18, 20:17, 26:19, 26:24, 27:1, 28:1, 31:7
**codified** [1] - 20:17
**cold** [1] - 10:3
**collect** [2] - 22:8, 22:16
**college** [1] - 5:24
**commerce** [1] - 27:8
**commission** [2] - 20:4, 29:10
**company** [2] - 5:16, 7:9
**compel** [1] - 10:24
**competent** [2] - 2:24, 28:20
**complete** [1] - 29:21
**comply** [1] - 16:13
**concessions** [1] - 18:14
**concluded** [1] - 30:7
**concur** [1] - 27:24
**condition** [1] - 8:24
**conduct** [6] - 13:7, 21:22, 22:18, 22:24, 27:3, 29:12
**conducting** [1] - 7:18
**conduit** [1] - 22:3
**confer** [2] - 4:11, 18:6
**Conference** [1] - 31:11
**confirm** [1] - 14:22
**conformance** [1] - 31:10
**consequence** [1] - 16:18
**consequences** [5] - 3:4, 14:18, 14:25, 15:1, 28:23
**consider** [4] - 7:23, 9:8, 19:1, 19:2
**consideration** [4] - 20:7, 21:6, 21:9, 23:1
**considerations** [2] - 2:23, 3:11
**constitute** [1] - 22:14
**constitutional** [4] - 3:7, 10:11, 17:6, 28:9
**consumed** [1] - 8:15
**contact** [2] - 26:22, 26:25
**contacted** [1] - 25:11
**contained** [2] - 19:10, 24:18

**containing** [1] - 28:25
**contend** [1] - 12:18
**contends** [1] - 27:14
**contents** [1] - 18:7
**continued** [1] - 25:16
**contract** [2] - 5:8, 5:14
**contracts** [1] - 5:16
**convicted** [3] - 17:4, 23:10, 29:3
**conviction** [3] - 21:2, 22:10, 22:14
**copy** [3] - 12:23, 14:22, 17:22
**correct** [4] - 2:19, 9:13, 12:24, 31:7
**corroborating** [1] - 27:5
**counsel** [3] - 3:1, 12:5, 29:13
**Count** [14] - 2:14, 2:15, 13:8, 13:12, 14:7, 15:1, 15:10, 22:15, 23:3, 23:11, 24:11, 28:13, 28:15, 29:4
**count** [3] - 2:15, 11:4, 13:6
**country** [3] - 5:1, 5:2, 17:4
**counts** [2] - 13:3, 22:19
**County** [1] - 8:8
**COURT** [101] - 1:1, 2:1, 2:4, 2:6, 2:21, 3:21, 4:7, 4:13, 4:16, 4:19, 4:21, 4:24, 5:2, 5:4, 5:6, 5:9, 5:13, 5:18, 5:20, 5:22, 5:25, 6:4, 6:6, 6:9, 6:12, 6:15, 6:18, 6:21, 6:23, 7:1, 7:5, 7:8, 7:18, 7:23, 8:1, 8:4, 8:6, 8:9, 8:14, 8:20, 8:23, 9:3, 9:7, 9:11, 9:15, 9:18, 9:21, 10:8, 11:14, 11:23, 12:3, 12:7, 12:22, 13:2, 13:18, 13:23, 14:1, 14:5, 14:10, 14:13, 14:16, 14:21, 15:4, 15:7, 15:22, 16:9, 16:15, 16:21, 16:24, 17:3, 17:10, 17:13, 17:17, 17:21, 18:3, 18:6, 18:10, 18:13, 19:9, 19:15, 19:19, 19:24, 20:9, 20:15, 21:16, 23:5, 23:9, 23:14, 23:21, 23:24, 24:9,

27:11, 27:17, 27:19, 27:23, 28:3, 28:7, 28:18, 30:1, 30:3, 30:5
**Court** [27] - 1:24, 2:7, 2:9, 9:8, 9:12, 12:10, 15:15, 16:5, 19:6, 19:10, 19:24, 20:2, 20:4, 20:15, 20:25, 21:4, 21:9, 21:13, 21:18, 23:25, 28:19, 29:5, 29:13, 31:3, 31:4, 31:17
**court** [2] - 12:11, 12:16
**Court's** [4] - 4:8, 20:22, 21:6, 21:21
**court's** [1] - 10:23
**courtroom** [1] - 9:25
**crimes** [1] - 21:25
**criminal** [2] - 21:3, 27:9
**cross** [1] - 10:21
**cross-examine** [1] - 10:21
**crossing** [1] - 13:8
**CRR** [2] - 1:23, 31:17
**culminate** [1] - 6:15
**custody** [2] - 9:4, 29:18

**D**

**Dana** [3] - 1:23, 31:3, 31:17
**date** [1] - 18:1
**Dated** [1] - 31:12
**days** [1] - 29:20
**December** [1] - 18:1
**decide** [2] - 11:17, 23:17
**decision** [1] - 23:5
**decreases** [1] - 18:23
**deemed** [1] - 23:10
**deeper** [1] - 15:9
**defendant** [5] - 1:7, 4:15, 25:6, 27:7, 29:14
**DEFENDANT** [92] - 1:17, 2:3, 2:5, 2:20, 3:20, 4:6, 4:12, 4:18, 4:20, 4:23, 4:25, 5:3, 5:5, 5:7, 5:11, 5:15, 5:19, 5:21, 5:23, 6:2, 6:5, 6:8, 6:10, 6:14, 6:17, 6:19, 6:22, 6:25, 7:4, 7:7, 7:9, 7:20, 7:25, 8:3, 8:5, 8:7, 8:11, 8:19, 8:22, 9:2, 9:6, 9:10, 9:14,

9:17, 9:20, 10:7, 11:13, 11:22, 12:2, 12:6, 12:21, 12:25, 13:17, 13:22, 13:25, 14:4, 14:9, 14:12, 14:15, 14:20, 15:6, 15:21, 16:8, 16:14, 16:20, 16:23, 17:2, 17:9, 17:12, 17:16, 18:2, 18:5, 18:9, 18:12, 19:8, 19:14, 19:18, 19:23, 20:8, 20:14, 21:15, 23:4, 23:8, 23:13, 23:20, 23:23, 24:8, 27:16, 27:18, 27:22, 28:17, 29:25
**defendant's** [1] - 27:6
**Defender** [1] - 1:19
**defense** [2] - 5:16, 10:25
**degree** [1] - 26:20
**described** [1] - 26:25
**despite** [2] - 10:2, 19:9
**details** [1] - 22:10
**detention** [2] - 29:15, 29:16
**Detention** [1] - 8:8
**determine** [2] - 10:17, 25:8
**determining** [1] - 15:16
**detonate** [1] - 7:16
**diagnosed** [1] - 9:4
**difference** [1] - 12:19
**different** [2] - 2:23, 22:1
**discretion** [3] - 15:16, 15:18, 19:11
**discuss** [2] - 13:19, 14:6
**discussed** [2] - 19:19, 28:8
**disparities** [1] - 20:25
**disposal** [3] - 6:20, 6:21, 7:3
**District** [3] - 25:24, 31:4, 31:5
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**doctor** [2] - 8:7, 8:24
**Doe** [5] - 25:14, 25:18, 26:8, 26:10, 26:16
**doubt** [1] - 11:7
**down** [2] - 15:8, 21:1
**drill** [1] - 15:8
**drive** [1] - 25:20
**drugs** [1] - 8:15
**duly** [1] - 4:15

**during** [6] - 4:8, 16:13, 26:1, 26:6, 26:15, 26:18
**dustin** [1] - 1:13
**Dustin** [1] - 2:8
**Dustin.Roberts@ usdoj.gov** [1] - 1:16

**E**

**e)** [1] - 2:18
**East** [2] - 1:24, 4:25
**effect** [5] - 8:17, 12:11, 24:16, 29:17
**elected** [1] - 11:18
**elective** [1] - 17:7
**element** [1] - 11:4
**elements** [2] - 11:6, 29:1
**emphasize** [1] - 24:21
**end** [2] - 10:1, 20:1
**enforcement** [4] - 25:11, 25:15, 26:6, 27:5
**engage** [9] - 2:17, 3:11, 13:4, 13:7, 13:9, 13:15, 26:21, 27:9, 28:14
**engaging** [1] - 26:15
**ensure** [1] - 21:4
**enter** [9] - 2:13, 2:24, 3:8, 9:9, 10:1, 10:5, 11:23, 12:13, 21:19
**entered** [1] - 17:17
**entering** [3] - 10:12, 14:18, 28:21
**entirely** [1] - 23:6
**entirety** [1] - 18:4
**entitled** [1] - 31:9
**era** [1] - 7:12
**essential** [1] - 29:1
**establish** [2] - 11:6, 13:21
**estimating** [1] - 24:2
**evaluating** [1] - 22:5
**evidence** [1] - 27:5
**examine** [1] - 10:21
**example** [4] - 2:23, 18:18, 18:22, 22:1
**exchange** [1] - 18:19
**excuse** [2] - 6:19, 12:25
**executed** [1] - 17:18
**exercising** [1] - 11:20
**explain** [1] - 21:17
**explained** [5] - 9:1, 12:1, 14:24, 19:20, 28:9
**explaining** [1] - 9:22
**explanation** [2] - 14:2,

14:17
**explosives** [1] - 7:10
**express** [1] - 29:5
**extent** [2] - 12:17, 16:10
**extra** [1] - 22:23

## F

**facilities** [1] - 8:13
**facing** [6] - 3:5, 14:7, 14:25, 15:10, 16:7, 28:11
**fact** [5] - 9:7, 11:7, 12:12, 23:7, 28:25
**factor** [1] - 22:5
**factors** [4] - 20:16, 20:17, 20:20, 21:10
**facts** [11] - 12:16, 19:25, 24:11, 24:13, 24:17, 24:24, 27:12, 27:13, 27:17, 27:20, 28:4
**factual** [2] - 24:17, 27:25
**factually** [1] - 12:19
**false** [2] - 3:15, 3:18
**family** [1] - 17:14
**family's** [1] - 25:24
**far** [2] - 5:22, 11:12
**Fax** [1] - 1:16
**Fayetteville** [2] - 1:20, 1:25
**FAYETTEVILLE** [2] - 1:2, 1:10
**February** [1] - 25:13
**federal** [1] - 28:15
**Federal** [4] - 1:19, 1:24, 31:3, 31:17
**feet** [1] - 10:3
**felonies** [1] - 17:4
**felony** [1] - 17:1
**few** [1] - 19:13
**field** [1] - 7:6
**Fifth** [1] - 11:20
**file** [1] - 29:22
**final** [1] - 29:7
**finality** [1] - 23:17
**finally** [1] - 4:7
**findings** [2] - 28:19, 29:12
**fine** [2] - 15:23, 15:24
**finished** [2] - 12:15, 24:22
**first** [2] - 10:9, 10:15
**five** [2] - 13:3, 16:1
**Five** [1] - 13:8
**floor** [1] - 15:17
**focusing** [1] - 23:2
**follow** [2] - 7:16, 24:20

**FOR** [2] - 1:12, 1:17
**forced** [1] - 17:10
**foregoing** [1] - 31:7
**forfeit** [1] - 17:5
**forgo** [1] - 10:12
**forgoing** [2] - 11:25, 28:10
**format** [1] - 31:10
**Fort** [4] - 1:15, 7:20, 7:21
**forth** [3] - 24:17, 28:13, 28:15
**four** [2] - 22:18, 29:24
**fourth** [1] - 26:20
**free** [1] - 23:7
**front** [1] - 17:17
**full** [3] - 4:17, 13:19, 14:10
**fully** [4] - 9:15, 17:18, 23:9, 28:20

## G

**govern** [1] - 16:11
**GOVERNMENT** [1] - 1:12
**Government** [1] - 18:15
**government** [17] - 5:17, 10:22, 11:2, 11:3, 11:11, 11:15, 13:20, 18:20, 19:4, 22:9, 22:12, 22:18, 24:14, 27:7, 27:14, 27:20, 28:4
**government's** [2] - 19:1, 24:13
**graduate** [1] - 6:1
**guess** [2] - 3:22, 21:8
**guide** [1] - 5:12
**guideline** [7] - 18:24, 20:2, 20:10, 20:12, 21:11, 21:12
**guidelines** [4] - 19:20, 19:25, 20:2, 20:21
**guilt** [1] - 11:19
**guilty** [51] - 2:14, 2:22, 2:24, 3:4, 3:8, 9:9, 9:23, 10:2, 10:5, 10:10, 10:12, 10:17, 10:18, 11:10, 11:24, 12:9, 12:12, 12:13, 12:14, 12:16, 12:19, 13:12, 13:16, 14:3, 14:7, 14:19, 15:1, 15:10, 16:25, 17:11, 17:15, 18:19, 21:19, 21:20, 23:6, 23:7, 23:10, 23:12, 23:15, 23:18, 24:5, 24:11,

28:16, 28:17, 28:23, 28:24, 29:2, 29:3

## H

**hand** [1] - 4:14
**handed** [1] - 17:21
**hands** [1] - 21:1
**happy** [2] - 4:4, 4:10
**harsh** [1] - 24:4
**Hayden** [3] - 1:23, 31:3, 31:17
**heading** [1] - 18:14
**health** [2] - 7:24, 8:24
**hear** [1] - 10:21
**HEARING** [1] - 1:9
**hearing** [3] - 9:8, 9:24, 10:1
**held** [1] - 31:8
**helped** [2] - 25:9, 26:9
**hereby** [1] - 31:5
**high** [1] - 6:1
**High** [1] - 6:2
**history** [3] - 20:24, 21:3, 22:6
**hold** [1] - 17:7
**home** [1] - 25:20
**Homeland** [2] - 25:3, 25:7
**Honor** [12] - 2:3, 15:3, 15:6, 17:19, 17:20, 25:1, 26:23, 27:10, 28:2, 28:6, 30:2, 30:4
**HONORABLE** [1] - 1:9
**Hood** [2] - 7:21
**hours** [1] - 8:14
**Houston** [1] - 7:21

## I

**illicit** [1] - 13:7
**illustrate** [1] - 18:16
**important** [3] - 10:8, 10:11, 17:5
**impose** [3] - 15:18, 19:11, 23:25
**imposes** [1] - 21:18
**imprisonment** [3] - 15:12, 15:13, 15:24
**incarcerated** [1] - 8:12
**incarceration** [3] - 16:3, 16:10, 16:18
**include** [1] - 20:21
**including** [2] - 14:25, 28:9
**indecency** [1] - 27:2
**indeed** [1] - 27:17
**independent** [1] - 28:25

**indictment** [7] - 2:14, 12:23, 13:2, 14:23, 15:2, 28:13, 28:16
**individual** [1] - 26:21
**infer** [1] - 11:19
**information** [10] - 21:24, 22:4, 22:8, 22:12, 22:13, 22:16, 22:19, 22:21, 22:23, 22:25
**informed** [2] - 28:21, 29:8
**innocence** [1] - 11:20
**innocent** [1] - 11:2
**instruct** [1] - 11:18
**instructed** [2] - 11:7, 11:8
**intent** [8] - 2:16, 3:21, 13:4, 13:7, 13:9, 13:14, 27:9, 28:14
**interstate** [1] - 27:8
**interview** [2] - 22:3, 26:6
**interviewed** [2] - 25:12, 26:5
**investigating** [1] - 25:4
**investigation** [7] - 2:12, 21:23, 25:7, 29:9, 29:11, 29:12, 29:21
**Islands** [4] - 25:9, 25:16, 26:7, 26:10
**issue** [1] - 29:15
**itself** [1] - 3:17

## J

**January** [2] - 1:10, 26:5
**Joe** [3] - 1:18, 2:9, 4:18
**joe_alfaro@fd.org** [1] - 1:21
**John** [5] - 25:14, 25:18, 26:8, 26:10, 26:16
**Judge** [3] - 4:3, 29:15
**Judicial** [1] - 31:11
**June** [1] - 31:12
**jury** [9] - 10:16, 10:17, 11:1, 11:7, 11:8, 11:18, 12:8, 12:12, 23:12

## K

**kind** [1] - 9:21
**knowing** [1] - 28:24
**knowingly** [2] - 3:9,

27:8
**known** [3] - 22:20, 22:24, 24:3

## L

**last** [4] - 8:14, 9:4, 17:25, 24:9
**law** [6] - 25:11, 25:14, 26:6, 26:23, 27:5, 28:15
**lawful** [2] - 15:19, 19:11
**learn** [1] - 22:4
**least** [2] - 20:3, 22:5
**legal** [1] - 9:16
**less** [3] - 16:1, 21:10, 26:22
**level** [1] - 18:25
**life** [3] - 15:12, 15:19, 16:1
**lifetime** [1] - 21:14
**likely** [2] - 2:11, 21:21
**likewise** [4] - 10:23, 14:5, 27:2, 28:3
**limited** [2] - 22:14, 23:2
**line** [1] - 13:8
**listen** [1] - 24:21
**literally** [1] - 4:2
**live** [1] - 4:22
**lived** [1] - 25:8
**living** [4] - 4:23, 25:5, 25:19
**look** [2] - 20:16, 20:23
**looking** [5] - 15:11, 15:22, 15:25, 16:4, 16:17
**lose** [1] - 17:4
**loved** [1] - 17:14

## M

**machine** [1] - 1:22
**main** [1] - 20:9
**male** [1] - 25:5
**males** [2] - 25:10, 25:11
**mandatory** [1] - 15:12
**married** [1] - 5:18
**marshal** [1] - 29:19
**Marshall** [4] - 25:9, 25:16, 26:7, 26:10
**Marshallese** [5] - 25:5, 25:14, 25:21, 25:22, 26:14
**matter** [8] - 3:7, 23:11, 24:14, 27:14, 27:20, 28:5, 28:20, 31:9
**matter's** [1] - 9:24

**maximum** [4] - 15:11, 15:23, 21:14, 28:11
**maximums** [1] - 19:12
**mean** [1] - 12:14
**meaning** [1] - 18:7
**means** [1] - 15:14
**mediation** [1] - 7:10
**medications** [3] - 8:2, 8:9, 8:15
**meet** [2] - 13:21, 22:2
**meets** [1] - 22:12
**member** [1] - 17:14
**mental** [1] - 8:24
**met** [1] - 11:11
**Middle** [1] - 4:25
**might** [3] - 10:22, 10:25, 24:2
**mind** [1] - 23:18
**minimum** [3] - 15:13, 21:13, 28:10
**minor** [9] - 2:16, 13:4, 13:7, 13:14, 25:4, 25:14, 26:22, 27:8, 28:14
**minors** [2] - 25:23, 26:14
**minutes** [1] - 19:13
**month** [1] - 6:14
**months** [3] - 8:12, 9:5, 29:24
**moreover** [1] - 26:12
**morning** [4] - 2:4, 2:5, 3:12, 23:17
**motion** [1] - 18:25
**Mountain** [1] - 1:24
**MR** [8] - 15:3, 17:19, 17:20, 25:1, 28:2, 28:6, 30:2, 30:4

## N

**name** [1] - 4:17
**namely** [1] - 25:14
**nature** [7] - 5:9, 5:13, 13:20, 14:2, 14:24, 20:22, 28:22
**need** [9] - 2:22, 3:1, 3:6, 3:11, 3:13, 3:14, 20:24, 24:10
**negotiate** [1] - 5:16
**never** [1] - 24:4
**New** [2] - 26:2, 26:16
**next** [2] - 2:2, 2:6
**NO** [1] - 1:5
**Northwest** [3] - 25:5, 26:11, 26:14
**note** [1] - 2:10
**nuance** [1] - 12:7
**number** [5] - 2:7, 2:23, 28:20, 28:21, 28:23

**Number** [5] - 25:14, 25:18, 26:9, 26:10, 26:16

## O

**O-m-a-n** [1] - 5:3
**oath** [3] - 3:13, 3:14, 12:16
**object** [1] - 18:22
**objections** [1] - 29:22
**obligated** [4] - 19:25, 20:5, 20:16, 21:4
**obligation** [2] - 20:10, 20:11
**obtain** [1] - 6:23
**obtained** [1] - 27:5
**obviously** [1] - 12:3
**occasions** [1] - 26:13
**October** [1] - 25:2
**OF** [5] - 1:1, 1:3, 1:9, 31:1
**offense** [4] - 20:23, 22:10, 29:1, 29:3
**offenses** [1] - 21:2
**Office** [1] - 1:13
**office** [3] - 17:7, 21:21, 25:3
**officer** [1] - 22:8
**Officer** [6] - 2:10, 21:21, 21:24, 22:2, 22:11, 22:16
**OFFICIAL** [1] - 31:1
**Official** [3] - 1:24, 31:3, 31:17
**old** [4] - 4:19, 4:20, 13:10
**Oman** [4] - 5:1, 5:3, 5:4, 5:17
**one** [10] - 3:16, 7:20, 12:7, 17:14, 18:18, 24:9, 25:13, 26:1, 26:15, 28:20
**One** [13] - 2:14, 2:15, 13:12, 14:8, 15:2, 15:10, 22:15, 23:3, 23:11, 24:12, 28:13, 28:15, 29:4
**open** [1] - 12:16
**opportunity** [3] - 13:19, 14:6, 14:10
**oral** [3] - 25:15, 26:3, 26:8
**order** [5] - 3:10, 7:12, 13:21, 16:5, 29:16
**ordnance** [5] - 6:19, 6:21, 7:3, 7:10, 7:11
**overseas** [1] - 4:23
**own** [3] - 10:25, 23:7, 27:6

## P

**P.O** [1] - 1:14
**page** [2] - 17:25, 31:9
**Page** [2] - 17:25, 18:13
**paragraph** [4] - 18:14, 18:15, 18:18, 24:19
**park** [1] - 7:13
**Parker** [1] - 1:14
**part** [2] - 9:22, 22:5
**particular** [4] - 3:3, 7:20, 19:15, 19:17
**parties** [1] - 17:17
**Penal** [3] - 26:24, 27:1, 28:1
**penalties** [4] - 3:5, 14:6, 15:9, 28:11
**pending** [3] - 3:2, 13:11, 29:19
**people** [1] - 21:1
**performed** [1] - 26:3
**performing** [2] - 25:15, 26:8
**period** [1] - 16:2
**periods** [1] - 26:18
**perjury** [1] - 3:18
**permitted** [1] - 22:20
**persist** [1] - 10:10
**person** [1] - 13:9
**personal** [2] - 20:23, 22:6
**Phone** [1] - 1:15
**photography** [1] - 5:11
**physical** [1] - 7:24
**pick** [2] - 25:21
**picked** [1] - 26:1
**place** [3] - 3:14, 17:22, 18:18
**Plaintiff** [1] - 1:4
**plea** [35] - 2:14, 2:22, 2:25, 3:8, 9:9, 9:24, 10:1, 10:5, 10:10, 10:13, 11:24, 12:13, 12:14, 14:19, 17:18, 17:22, 18:3, 18:7, 18:19, 18:20, 19:10, 21:19, 21:20, 23:19, 24:5, 24:18, 24:19, 27:1, 28:21, 28:23, 28:24, 29:2, 29:6
**PLEA** [1] - 1:9
**plead** [14] - 3:3, 9:23, 13:12, 13:16, 14:3, 14:7, 15:10, 16:25, 17:11, 17:15, 21:19, 23:6, 23:15, 28:12
**pleading** [2] - 15:1, 23:10

**pled** [1] - 24:5
**point** [5] - 3:25, 18:16, 19:3, 20:9, 21:8
**position** [1] - 19:1
**possibility** [1] - 15:24
**potential** [4] - 14:6, 14:18, 14:25, 16:6
**potentially** [2] - 3:17, 16:17
**power** [1] - 10:24
**predicate** [1] - 27:25
**prescribed** [1] - 8:6
**prescription** [1] - 8:1
**presence** [1] - 2:10
**present** [1] - 2:11
**presentence** [4] - 2:12, 21:22, 29:8, 29:11
**presumed** [1] - 11:1
**presumption** [1] - 11:9
**previous** [1] - 8:13
**prison** [1] - 15:19
**private** [2] - 5:7, 5:9
**privileges** [1] - 17:6
**probation** [2] - 2:11, 21:21
**problems** [1] - 8:21
**proceed** [4] - 24:15, 24:25, 27:15, 28:5
**proceeded** [1] - 27:21
**Proceedings** [2] - 1:22, 30:7
**proceedings** [2] - 9:12, 31:8
**product** [1] - 20:1
**program** [1] - 6:13
**prohibited** [1] - 26:20
**prohibits** [2] - 26:25, 27:3
**projecting** [1] - 24:2
**promise** [1] - 19:16
**proof** [3] - 11:5, 11:11, 13:21
**proper** [1] - 2:25
**proposing** [5] - 3:3, 13:12, 13:16, 14:3, 16:25
**prove** [7] - 11:3, 11:9, 24:14, 27:7, 27:14, 27:20, 28:4
**proverbial** [1] - 10:3
**provided** [1] - 21:12
**PTSD** [4] - 8:5, 8:10, 8:25, 9:2
**Public** [1] - 1:19
**punishment** [2] - 19:12, 20:3
**punishments** [1] -

16:7
**purpose** [1] - 9:8
**purposes** [1] - 21:5
**pursuant** [2] - 26:18, 31:6
**pursue** [1] - 12:17

## Q

**qualify** [1] - 8:25
**question-and-answer** [1] - 3:12
**questioning** [1] - 4:8
**questions** [9] - 3:16, 3:22, 3:24, 9:19, 13:24, 14:11, 14:14, 15:5, 18:10

## R

**raise** [1] - 4:14
**range** [7] - 20:3, 20:6, 20:10, 20:12, 21:11, 21:12
**read** [1] - 18:3
**reads** [1] - 24:20
**realize** [1] - 9:23
**Realtime** [1] - 31:3
**realtime** [1] - 1:22
**reasonable** [1] - 11:6
**reasons** [1] - 10:9
**receive** [1] - 19:16
**received** [2] - 12:23, 14:22
**receiving** [3] - 6:16, 7:1, 18:23
**recited** [2] - 27:13, 28:5
**reciting** [1] - 24:16
**recommendation** [2] - 19:2, 19:5
**record** [2] - 14:22, 26:23
**recorded** [1] - 1:22
**refer** [1] - 20:19
**regard** [2] - 14:24, 16:9
**regulations** [1] - 31:10
**relates** [1] - 23:3
**release** [4] - 16:1, 16:9, 16:11, 16:13
**released** [2] - 16:3, 16:10
**relevant** [2] - 22:24, 26:18
**relocate** [1] - 26:10
**relocated** [1] - 25:17
**remain** [1] - 29:17
**remanded** [1] - 29:18
**remember** [1] - 6:11

**render** [1] - 7:16
**rendering** [1] - 8:17
**repeat** [1] - 4:4
**rephrase** [1] - 4:4
**report** [2] - 22:17, 29:12
**reported** [1] - 31:8
**Reporter** [3] - 1:24, 31:4, 31:17
**REPORTER** [1] - 31:1
**representation** [2] - 3:1, 9:16
**represented** [2] - 12:4, 14:23
**representing** [1] - 5:15
**request** [1] - 9:9
**required** [1] - 11:2
**residence** [1] - 25:24
**response** [1] - 3:16
**responses** [1] - 3:16
**responsibility** [1] - 18:23
**restitution** [1] - 16:5
**restrictions** [2] - 16:12, 16:17
**results** [1] - 29:8
**return** [1] - 11:10
**review** [1] - 20:22
**reviewed** [1] - 19:13
**rights** [8] - 3:7, 10:11, 10:13, 11:12, 11:21, 11:25, 17:6, 28:9
**RMR** [2] - 1:23, 31:17
**Roberts** [9] - 1:13, 2:8, 24:16, 24:20, 24:22, 27:11, 27:13, 27:24, 28:4
**ROBERTS** [3] - 17:19, 25:1, 30:2

**S**

**S.O.P.s** [1] - 7:16
**safe** [1] - 7:17
**Sam** [1] - 7:21
**San** [3] - 6:2, 7:22, 25:3
**satisfied** [1] - 9:15
**satisfy** [2] - 2:22, 3:10
**school** [4] - 5:22, 6:1, 6:7, 6:14
**School** [1] - 6:2
**scope** [1] - 22:13
**search** [1] - 7:15
**searches** [1] - 7:19
**second** [1] - 10:2
**Section** [6] - 2:18, 20:18, 26:19, 26:24, 27:2, 31:6

**Security** [2] - 25:3, 25:7
**see** [2] - 10:20, 29:23
**sent** [1] - 16:18
**sentence** [10] - 15:17, 15:19, 19:17, 20:12, 21:7, 21:10, 21:18, 22:22, 23:25, 24:4
**sentences** [1] - 21:1
**sentencing** [8] - 15:14, 19:20, 20:4, 21:5, 23:1, 23:25, 24:3, 29:19
**separate** [2] - 3:17, 13:3
**services** [1] - 9:16
**session** [1] - 3:12
**set** [6] - 9:24, 22:2, 24:17, 26:23, 28:12, 28:15
**Setser** [1] - 29:16
**several** [5] - 10:9, 25:9, 25:10, 26:13
**severe** [2] - 21:11, 24:1
**sex** [3] - 25:15, 26:3, 26:8
**sexual** [13] - 2:17, 13:4, 13:7, 13:9, 13:15, 25:4, 26:16, 26:19, 26:21, 26:24, 26:25, 27:9, 28:14
**Shilo** [3] - 2:1, 4:18, 25:6
**SHILO** [1] - 1:6
**shorthand** [2] - 1:22, 20:19
**signature** [1] - 17:25
**signed** [2] - 18:4, 18:8
**similarly** [1] - 21:1
**simply** [1] - 23:16
**situated** [1] - 21:2
**six** [1] - 6:14
**six-month** [1] - 6:14
**Smith** [1] - 1:15
**so-called** [1] - 20:12
**solely** [1] - 23:2
**sometimes** [2] - 20:19, 20:20
**sorry** [3] - 7:4, 7:21, 9:14
**sort** [2] - 6:16, 29:22
**sources** [1] - 22:1
**southwest** [1] - 6:2
**special** [2] - 16:4, 25:2
**specifically** [4] - 10:16, 21:22, 23:24, 25:18
**Springdale** [3] - 25:19, 25:23, 26:2

**stand** [2] - 4:13, 6:11
**stands** [1] - 29:3
**start** [2] - 5:25, 9:21
**State** [1] - 25:25
**state** [3] - 4:16, 13:8, 24:13
**statement** [1] - 27:6
**statements** [2] - 3:18, 27:4
**STATES** [2] - 1:1, 1:3
**States** [14] - 1:13, 2:1, 2:8, 2:18, 12:10, 16:22, 19:20, 20:17, 25:10, 25:17, 29:19, 31:4, 31:6, 31:11
**statute** [1] - 20:19
**statutory** [6] - 3:5, 15:9, 15:11, 19:12, 21:5, 28:10
**Steele** [1] - 1:19
**stenographically** [1] - 31:8
**stipulate** [1] - 27:24
**stop** [1] - 4:2
**Street** [1] - 1:24
**subject** [1] - 3:17
**subpoena** [1] - 10:24
**subsequent** [1] - 7:1
**subsequently** [1] - 25:11
**substances** [1] - 8:16
**substantive** [1] - 9:22
**sufficient** [1] - 11:10
**Suite** [1] - 1:19
**sum** [1] - 15:23
**supervised** [4] - 15:25, 16:9, 16:11, 16:13
**supported** [1] - 28:25
**suspected** [1] - 7:11
**sworn** [1] - 4:15

**T**

**technical** [2] - 5:23, 6:6
**TEEX** [2] - 6:8, 6:10
**ten** [3] - 15:13, 15:17, 21:13
**ten-year** [1] - 21:13
**tentative** [1] - 29:6
**term** [4] - 15:11, 15:13, 15:25, 16:13
**terms** [3] - 3:4, 18:7, 19:21, 21:2
**testify** [5] - 10:22, 11:15, 11:16, 11:17, 11:18
**Texas** [13] - 6:3, 6:8, 7:22, 25:3, 25:20,

25:25, 26:3, 26:15, 26:17, 26:23, 26:24, 27:1, 28:1
**THE** [194] - 1:9, 1:12, 1:17, 2:1, 2:3, 2:4, 2:5, 2:6, 2:20, 2:21, 3:20, 3:21, 4:6, 4:7, 4:12, 4:13, 4:16, 4:18, 4:19, 4:20, 4:21, 4:23, 4:24, 4:25, 5:2, 5:3, 5:4, 5:5, 5:6, 5:7, 5:9, 5:11, 5:13, 5:15, 5:18, 5:19, 5:20, 5:21, 5:22, 5:23, 5:25, 6:2, 6:4, 6:5, 6:6, 6:8, 6:9, 6:10, 6:12, 6:14, 6:15, 6:17, 6:18, 6:19, 6:21, 6:22, 6:23, 6:25, 7:1, 7:4, 7:5, 7:7, 7:8, 7:9, 7:18, 7:20, 7:23, 7:25, 8:1, 8:3, 8:4, 8:5, 8:6, 8:7, 8:9, 8:11, 8:14, 8:19, 8:20, 8:22, 8:23, 9:2, 9:3, 9:6, 9:7, 9:10, 9:11, 9:14, 9:15, 9:17, 9:18, 9:20, 9:21, 10:7, 10:8, 11:13, 11:14, 11:22, 11:23, 12:2, 12:3, 12:6, 12:7, 12:21, 12:22, 12:25, 13:2, 13:17, 13:18, 13:22, 13:23, 13:25, 14:1, 14:4, 14:5, 14:9, 14:10, 14:12, 14:13, 14:15, 14:16, 14:20, 14:21, 15:4, 15:6, 15:7, 15:21, 15:22, 16:8, 16:9, 16:14, 16:15, 16:20, 16:21, 16:23, 16:24, 17:2, 17:3, 17:9, 17:10, 17:12, 17:13, 17:16, 17:17, 17:21, 18:2, 18:3, 18:5, 18:6, 18:9, 18:10, 18:12, 18:13, 19:8, 19:9, 19:14, 19:15, 19:18, 19:19, 19:23, 19:24, 20:8, 20:9, 20:14, 20:15, 21:15, 21:16, 23:4, 23:5, 23:8, 23:9, 23:13, 23:14, 23:20, 23:21, 23:23, 23:24, 24:8, 24:9, 27:11, 27:16, 27:17, 27:18, 27:19, 27:22, 27:23, 28:3,

28:7, 28:17, 28:18, 29:25, 30:1, 30:3, 30:5
**thereafter** [1] - 25:22
**therefore** [2] - 29:1, 29:16
**Thompson** [8] - 2:10, 21:22, 21:24, 22:2, 22:8, 22:12, 22:16, 29:10
**thoughts** [1] - 10:2
**threatened** [1] - 17:13
**three** [2] - 13:3, 28:23
**throughout** [1] - 9:12
**TIMOTHY** [1] - 1:9
**Title** [3] - 2:17, 20:17, 31:6
**today** [13] - 2:7, 2:25, 3:21, 7:24, 8:18, 8:21, 9:23, 10:3, 12:13, 12:15, 21:17, 21:20, 28:9
**tomorrow** [1] - 23:17
**tools** [1] - 7:14
**tour** [1] - 5:11
**trade** [2] - 5:23, 6:7
**transcript** [2] - 31:7, 31:9
**TRANSCRIPT** [1] - 1:9
**transport** [1] - 25:23
**transported** [3] - 26:2, 26:13, 27:8
**transporting** [4] - 2:16, 13:4, 13:14, 28:13
**traveling** [1] - 13:6
**Trazodone** [3] - 8:5, 8:15, 8:20
**Trent** [1] - 2:10
**trial** [11] - 10:15, 10:16, 10:20, 11:1, 11:14, 12:4, 23:12, 24:15, 27:15, 27:21, 28:5
**trip** [2] - 26:1, 26:15
**true** [3] - 20:15, 27:17, 31:7
**try** [1] - 19:3
**trying** [1] - 4:1
**turn** [2] - 17:24, 18:13
**two** [3] - 4:10, 12:20, 28:21
**typically** [1] - 29:20

**U**

**ultimate** [1] - 21:6
**ultimately** [4] - 3:7, 11:16, 21:10, 22:17
**unable** [1] - 8:17

**under** [10] - 3:13, 3:14,
8:23, 12:16, 13:10,
16:12, 17:25, 18:14,
20:11, 22:15
**unexploded** [4] - 6:19,
6:21, 7:2, 7:11
**UNITED** [2] - 1:1, 1:3
**United** [14] - 1:13, 2:1,
2:8, 2:18, 12:10,
16:21, 19:20, 20:17,
25:10, 25:17, 29:18,
31:4, 31:6, 31:11
**unless** [1] - 11:10
**unwarranted** [1] -
20:25
**up** [8] - 15:19, 16:1,
19:12, 22:2, 23:16,
25:20, 25:21, 26:2
**urge** [1] - 12:11
**UXO** [4] - 7:11, 7:15,
7:16

## V

**valuable** [1] - 17:5
**variety** [1] - 22:1
**verdict** [1] - 11:10
**versus** [1] - 2:1
**via** [1] - 1:22
**victim** [1] - 27:4
**violation** [4] - 2:17,
16:16, 28:1, 28:15
**violations** [1] - 16:19
**virtue** [2] - 10:12,
11:20
**visit** [1] - 4:9
**voluntarily** [1] - 3:9
**voluntary** [2] - 23:6,
28:24
**vote** [1] - 17:7
**VS** [1] - 1:5

## W

**waive** [1] - 10:12
**waived** [1] - 29:14
**waiving** [2] - 10:14,
11:25
**wake** [1] - 23:16
**War** [1] - 7:12
**Washington** [1] - 8:7
**Watts** [30] - 2:2, 2:9,
2:13, 4:18, 9:21,
14:23, 15:8, 17:10,
17:23, 17:24, 18:16,
21:8, 23:5, 24:10,
25:6, 25:8, 25:15,
25:20, 26:1, 26:5,
26:6, 26:12, 26:15,
27:12, 28:8, 28:20,

28:22, 29:2, 29:6,
29:17
**WATTS** [1] - 1:6
**welcome** [1] - 24:20
**WESTERN** [1] - 1:1
**Western** [2] - 25:23,
31:5
**wish** [1] - 2:13
**withdraw** [2] - 23:18,
24:5
**withhold** [1] - 29:7
**witnesses** [2] - 10:21,
10:24
**words** [1] - 19:9
**works** [1] - 23:22
**World** [1] - 7:12
**written** [1] - 17:18

## Y

**year** [2] - 6:4, 21:13
**years** [9] - 4:20, 6:12,
13:10, 15:13, 15:18,
16:1, 25:9, 26:4,
26:22
**young** [1] - 25:10
**yourself** [1] - 7:24